**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| L. W. MATTESON, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | Case No. 01-542C |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**

Comes now Plaintiff L.W. Matteson, Inc. ("Matteson") by and through its attorneys of record and respectfully requests leave of this Court to extend the discovery deadline in this matter to May 31, 2003. In support of its Motion, Plaintiff states as follows:

1. On or about October 22, 2002, Defendant filed a Motion for Enlargement of Time, in which to file any dispositive motions. The Court granted that motion and entered an order on November 22, 2002 giving the Government until March 3, 2003 to file any dispositive motions in this matter.

2. In that same order, the Court extended the discovery deadline to January 15, 2003 based upon the parties' joint representation concerning additional time to complete discovery. The discovery deadline has been subsequently extended to April 30, 2003.

3. Plaintiff's counsel has been working to review the status of this matter to determine what additional discovery needs to be completed, but this process has taken more time than anticipated. The primary person handling the case for Plaintiff, Diane S. Mills, has left the Miller Law Firm, and new counsel has not had sufficient time to conduct a review of the entire case and discovery undertaken thus far and is still in the process of completing the review.

4. In addition, on February 20, 2003 the parties conducted the deposition of James Nordstrom, County Attorney for Wabasha County. As a result of that deposition, it was revealed that there are numerous other documents and files that are likely to exist but have not been previously discovered in this case, including files of the City Attorney for Wabasha that may contain information relevant to the issues in this case. In addition, the names of additional people with relevant information came up for the first time during Mr. Nordstrom's deposition, and additional time is required to allow the parties to determine what knowledge these people have and to take a few additional depositions if necessary. Documents were received within the last few days from the City Attorney for Wabasha. Counsel needs additional time to review these new documents and determine if an additional deposition will be necessary, and if so to complete that deposition. As a result, Plaintiff needs additional time to complete discovery and requests that the Court grant it until May 31, 2003 to complete that discovery.

5. Counsel for the Government has been consulted and has indicated that the Government does not oppose this Motion, however, the Government requests that the current May 31, 2003 deadline for filing dispositive motions be extended to June 16, 2003.

WHEREFORE, for the reasons set forth herein Plaintiff respectfully requests that the Court grant it additional time up to and including May 31, 2003 to complete discovery, and extend the deadline for dispositive motions to June 16, 2003.

Respectfully submitted,

MILLER LAW FIRM, P.C.

__s/Stephen R. Miller________

Stephen R. Miller, Mo. Bar #33344
Michael T. Metcalf, Mo. Bar #45304
4310 Madison Avenue
Kansas City, Missouri 64111
Telephone: (816) 531-0755
Facsimile: (816) 561-6361

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing was served upon the following persons by facsimile and United States Mail, postage prepaid, this 28th day of April, 2003.

John Einstman
Commercial Litigation Branch
Civil Division
U.S. Dept. of Justice
Attention: Classification Unit
8th Floor, 1100 L Street N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

__s/Stephen R. Miller________
Attorney for Plaintiff
mot 2 extend disc deadline apr 25.doc