# United States Court of Federal Claims

April 30, 2003

No. 01-542 C

L.W. MATTESON, INC.,

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant.

**ORDER EXTENDING DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTION**

An order dated March 4, 2003 determined April 30, 2003 as the deadline by which the parties were to complete discovery, and further determined May 15, 2003 as the date by which was due any dispositive motion anticipated by defendant.

This order addresses plaintiff's unopposed motion filed on April 28, 2003 to extend time 1) through Monday, June 2, 2003, within which the parties will complete discovery, and 2) through Monday, June 16, 2003, within which defendant may file a dispositive motion.

For reasons stated therein, plaintiff's motion is GRANTED. Accordingly, it is ORDERED that the parties shall complete discovery by Monday, June 2, 2003 and defendant may file by Monday, June 16, 2003 any anticipated dispositive motion.

s/Lawrence J. Block
Lawrence J. Block
Judge