IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.W. MATTESON, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-542C |
| | ) | (Judge Lawrence J. Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests the Court to enlarge by thirty days, to and including July 16, 2003, the time within which the Government must file our dispositive motion in this case. Pursuant to this Court's April 30, 2003 order, the Government's dispositive motion is currently due on June 16, 2003. This is the Government's first request for an enlargement of time for this purpose since this Court's April 30, 2003 order. Counsel for the Government has contacted counsel for plaintiff, and counsel for plaintiff indicated that he does not oppose the present motion.

On May 30, 2003, counsel of record for the Government will permanently depart Commercial Litigation for a position as an Assistant United States Attorney in the District of Columbia. Counsel of record for the Government is transferring this case back to Ms. Patricia McCarthy who, on October 8, 2002, previously transferred this case to current counsel of record for the Government. However, due to her current caseload, Ms. McCarthy will require an additional thirty days in which to review this

case and to file the Government's dispositive motion.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

/s David M. Cohen
DAVID M. COHEN
Director

/s John C. Einstman
JOHN C. EINSTMAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0361 (ph)
(202) 514-7965 (fax)

May 29, 2003

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 29, 2003, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John C. Einstman