IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L.W. MATTESON, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 01-542C (Judge Block) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Patricia M. McCarthy, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

PATRICIA M. McCARTHY
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0277 or (202) 307-0164
Fax: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: June 5, 2003

s/Patricia M. McCarthy

PATRICIA M. McCARTHY
Senior Trial Counsel
Commercial Litigation Branch
Civil Division