# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 6

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0002 | 08/13/96 | SPPEMT-6095-0045 | Grand Encampment |

6. ISSUED BY CODE DACW37

U.S. ARMY CORPS OF ENGINEERS
CONTRACTING DIVISION
190 FIFTH STREET EAST
ST. PAUL MN 55101-1638
ANTHONY M. FOSTER C21(612) 290-5415

7. ADMINISTERED BY (If other than Item 6) CODE EMPTY

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) Vendor ID: 00000000

CODE | FACILITY CODE

(X) x 9A. AMENDMENT OF SOLICITATION NO.
DACW37-96-B-0022

9B. DATED (SEE ITEM 11)
08/13/96

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[x] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [x] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THE BID OPENING DATE FOR THIS SOLICITATION REMAINS 2:00 P.M. 23 AUG 96

CHANGES TO THE NON-TECHNICAL REQUIREMENTS:

1. Section 00800, page 00800-3, is hereby Deleted. Insert the attached amended page.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

CHANGES TO THE TECHNICAL REQUIREMENTS, SPECIFICATIONS.

1. Section 01000, Page ii. In the "Description" column and under "PERMIT FOR DREDGED MATERIAL PLACEMENT" add the following:

"BUFFALO COUNTY NO. 1 PLACEMENT SITE SKETCH".

2. Section 01000, Page ii. In the "Description" column and under "SAFETY SIGN" add the following:

"LETTER DATED 21 JUNE 1996 FROM THE CITY OF ALMA TO STEVEN D. TAPP

AGREEMENT DATED 8 AUGUST 1996 FROM THE CITY OF ALMA".

3. Section 01000, Page 4, Paragraph 12.5. Delete the existing Paragraph 12.5 and insert inplace thereof the following revised Paragraph 12.7:

"12.5 Special Use Permit. The Contractor shall comply with the requirements of the "PERMIT FOR DREDGED MATERIAL PLACEMENT" and the "BUFFALO COUNTY NO. 1 PLACEMENT SITE SKETCH" (a copy of each is included at the end of this section) regarding the Contractor's final disposal (placement) of transferred dredged fill material to the identified sites owned by Buffalo County, Wisconsin.

4. Section 01000, Page 5. Add the following paragraph after the existing Paragraph 12.7:

"12.8 Beach (Harbor) Road Haulage Charges. When applicable, the Contractor shall comply with the requirements of the City of Alma's Beach (Harbor) Road haulage charges in accordance with the letter dated 21 June 1996 from the City of Alma to Steven D. Tapp and the related agreement dated 8 August 1996 from the City of Alma (a copy of each is included at the end of this section)."

5. Section 01000, Page 8. Insert the attached amended page 01000-8A.

6. Section 01000, Page 16. Insert the attached amended pages 01000-17 and 01000-18.

This Variation in Estimated Quantities clause is applicable only to Item Nos. 0001, 0003.

(a) Variation from the estimated quantity in the actual work performed under any second or subsequent sub-item or elimination of all work under such a second or subsequent sub-item will not be the basis for an adjustment in contract unit price.

(b) Where the actual quantity of work performed for Item Nos. 0001, 0003 is less than 85% of the quantity of the first sub-item listed under such item, the contractor will be paid at the contract unit price for the sub-item for the actual quantity of work performed and, in addition, an equitable adjustment shall be made in accordance with the clause FAR 52.212-11, Variation in Estimated Quantities.

c. If the actual quantity of work performed under Item Nos.

same as above

exceeds 115% or is less than 85% of the total estimated quantity of the sub-items under that item, and/or if the quantity of work performed under the second sub-item or any subsequent sub-item under Item Nos.

same as above

exceeds 115% or is less than 85% of the estimated quantity of any such sub-item, and if such variation causes an increase or a decrease in the time required for performance of this contract the contract completion time will be adjusted in accordance with the clause FAR 52.212-11, Variation in Estimated Quantities.

7 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER (OCT 89) ER 415-1-15

a. This provision specifies the procedure for the determination of time extensions for unusually severe weather in accordance with the CONTRACT CLAUSES: DEFAULT (FIXED-PRICE CONSTRUCTION). In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied:

1) The weather experienced at the project site during the contract




01000-8A

96-B-0022
AMEND-0002

# City of Alma

608-685-3330

Alma, Wisconsin 54610


June 21, 1996

Mr. Steven D. Tapp
Chief, Waterways Unit
Corps of Engineers
P. O. Box 300
Fountain City, WI 54629-0300

Dear Mr. Tapp:

It has been our policy since September, 1983 to charge fifteen cents per yard for all loads of sand in excess of two (2) yards. Anyone wishing to remove more than two yards of sand must first contact our City Superintendent, Richard Stiehl (608) 685-3629 or (608) 685-3330.

The Finance Committee met on June 20, 1996 to discuss this policy. It was decided to continue with the present policy for all sand removed via Beach Harbor Road. Specifically, all loads of sand exceeding two (2) yards will be charged the fifteen cents per yard.

Should you require further information, please feel free to contact our office. Thank you for your cooperation on these matters.

Sincerely,

Robert J. Oium, Mayor
CITY OF ALMA

RJO/sh

96-B-0022 Amend. 0002 01000-17



# City of Alma

Alma, Wisconsin 54610

The undersigned ______________________________________________,
of _________________________, contractor, shall pay to the City of Alma, P.O. Box 277, Alma, Wisconsin 54610, fifteen (15) cents per cubic yard for dredge fill removed by the contractor from the Army Corp of Engineer dredge fill storage site located adjacent to the Alma Marina via Beach Road.

Contractor shall report the volume of fill removed and pay the amount due to the City of Alma at least quarterly. This agreement shall terminate on August 28, 1998.

CITY OF ALMA

Dated: 8-8-96 BY: ______________________
Mayor

Dated: 8-8-96 ______________________
City Clerk

CONTRACTOR

Dated: ____________ BY: ______________________

______________________
Address

C:\CITY\DREDGE.AGM ver 8/5/96