# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0003 | 08/21/96 | SPPEMT-6095-0045 | Grand Encampment |

6. ISSUED BY — CODE: DACW37

U.S. ARMY CORPS OF ENGINEERS
CONTRACTING DIVISION
190 FIFTH STREET EAST
ST. PAUL MN 55101-1638
ANTHONY M. FOSTER C21(612) 290-5415

7. ADMINISTERED BY (If other than Item 6) — CODE: EMPTY

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) Vendor ID: 00000000

(X) x 9A. AMENDMENT OF SOLICITATION NO.
DACW37-96-B-0022

9B. DATED (SEE ITEM 11)
08/21/96

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

CODE | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THE BID OPENING DATE FOR THIS SOLICITATION IS EXTENDED TO 11:00 a.m. 29 AUG 96 BID RESULTS WILL BE AVAILABLE AFTER 3:00 p.m.

1. Section 00010, Page 00010-3, Bidding Schedule, is hereby deleted and replaced with the attached Page 00010-3.

2. Section 00010, page 00010-4 is amended to include "Para. 7, Bidders attention is called to Section 00800, Page 00800-5, Para. 9, Unbalanced

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY (Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SF 30 CONTINUATION SHEET

Section 00800 is amended to include Paragraph 31, Payment for Mobilization and Demobilization (Clause 252.236-7004).

30.1 252.236-7004 PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991)

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) 60% percent of the lump sum price upon completion of the Contractor's mobilization at the work site.

(2) The remaining 40% percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a)(1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of--

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1)of this clause is not subject to appeal.

(End of clause)

SECTION 00010
SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Excavate, Transfer, and Dispose Existing Stockpiled Fill Material from Alma Marina Dredged Material Pile Site: | | | | |
| 0001AA | First 10,000 cubic yards | 10,000.00 | CY | ______.___ | ______.___ |
| 0001AB | Over 10,000 cubic yards | 50,000.00 | CY | ______.___ | ______.___ |
| 0002 | Mobilization and Demobilization for Grand Encampment Dredge Material Pile Area Site, Item No 0003 below | 1.00 | JB | ***** *** | ______.___ |
| 0003 | Excavate, Transfer, and Dispose Existing Fill Material from Grand Encampment Dredge Material Pile Area Site: | | | | |
| 0003AA | First 100,000 cubic yards | 1.00 | JB | ***** *** | ______.___ |
| 0003AB | Over 100,000 cubic yards | 400,000.00 | CY | ______.___ | ______.___ |
| 0004 | All Bond Costs (Performance, Payment and Bid Bonds) | 1.00 | JB | ***** *** | ______.___ |

TOTAL ESTIMATED AMOUNT- - - - - - - - - - - - - - - - - $______.___

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0004 | 08/23/96 | SPPEMT-6095-0045 | DACW37-96-B-0022 |

6. ISSUED BY CODE DACW37

U.S. ARMY CORPS OF ENGINEERS
CONTRACTING DIVISION
190 FIFTH STREET EAST
ST. PAUL MN 55101-1638
ANTHONY M. FOSTER C21(612) 290-5415

7. ADMINISTERED BY (If other than Item 6) CODE EMPTY

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) Vendor ID: 00000000

(X) x 9A. AMENDMENT OF SOLICITATION NO.
DACW37-96-B-0022

9B. DATED (SEE ITEM 11)
08/21/96

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

CODE FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[x] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [x] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THE BID OPENING DATE FOR THIS SOLICITATION REMAINS AT 11:00 a.m. 29 AUG 96
BID RESULTS WILL BE AVAILABLE AFTER 3 p.m.

1. Section 00010, Page 00010-3, Bidding Schedule, is hereby deleted and replaced with the attached Page 00010-3.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION 00010

SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Excavate, Transfer, and Dispose Existing Stockpiled Fill Material from Alma Marina Dredged Material Pile Site: | | | | |
| 0001AA | First 10,000 cubic yards | 10,000.00 | CY | ______.____ | ______.____ |
| 0001AB | Over 10,000 cubic yards | 50,000.00 | CY | ______.____ | ______.____ |
| 0002 | Mobilization and Demobilization for Grand Encampment Dredge Material Pile Area Site, Item No 0003 below | 1.00 | JB | ***** . *** | ______.____ |
| 0003 | Excavate, Transfer, and Dispose Existing Fill Material from Grand Encampment Dredge Material Pile Area Site: | | | | |
| 0003AA | First 100,000 cubic yards | 100,000.00 | CY | ______.____ | ______.____ |
| 0003AB | Over 100,000 cubic yards | 400,000.00 | CY | ______.____ | ______.____ |
| 0004 | All Bond Costs (Performance, Payment and Bid Bonds) | 1.00 | JB | ***** . *** | ______.____ |
| | TOTAL ESTIMATED AMOUNT | | | | |

CONSTRUCTION PROJECT DOCUMENTS

OPERATION AND MAINTENANCE
MISSISSIPPI RIVER, MINNESOTA AND WISCONSIN
NEAR ALMA, WISCONSIN

GRAND ENCAMPMENT EXCAVATION

TABLE OF CONTENTS


NON-TECHNICAL REQUIREMENTS:

DIVISION 00 - BIDDING REQUIREMENTS, CONTRACT FORMS, AND CONDITIONS OF THE CONTRACT

00010 Standard Form 1442 and Bidding Schedule
00100 Instructions, Conditions, & Notices to Bidders
00600 Representations, Certifications, and Other Statements of Bidders
00700 Contract Clauses
00800 Special Contract Requirements
00830 Attachments

TECHNICAL REQUIREMENTS, SPECIFICATIONS:

DIVISION 01 - GENERAL

01000 General
01130 Environmental Protection
01300 Submittal Descriptions
01305 Submittal Procedures
01440 Contractor Quality Control

DIVISION 02 - SITE WORK

02201 Earthwork

DIVISIONS 03 THROUGH 16 - NOT USED

TECHNICAL REQUIREMENTS, DRAWINGS:
(Attached under separate cover)