GENERAL DECISION WI960019 06/07/96 WI19
General Decision Number WI960019

Superseded General Decision No. WI950019

State: Wisconsin

Construction Type:
HEAVY

County(ies):
STATEWIDE

HEAVY CONSTRUCTION PROJECTS (Excluding Tunnel, Sewer, and Water Lines), AND HOPPER DREDGE PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 03/15/1996 |
| 1 | 06/07/1996 |

COUNTY(ies):
STATEWIDE

BOIL0107A 01/01/1996

| | Rates | Fringes |
|---|---|---|
| BOILERMAKERS | 21.10 | 9.17 |

---

BRWI0001B 06/01/1995

| | Rates | Fringes |
|---|---|---|
| CRAWFORD, JACKSON, JUNEAU, LA CROSSE, MONROE, TREMPEALEAU, AND VERNON COUNTIES | | |
| BRICKLAYERS | 18.37 | 5.30 |

---

* BRWI0002B 05/01/1996

| | Rates | Fringes |
|---|---|---|
| ASHLAND, BAYFIELD, DOUGLAS, AND IRON COUNTIES | | |
| BRICKLAYERS | 20.99 | 5.25 |

---

BRWI0003B 06/01/1995

| | Rates | Fringes |
|---|---|---|
| BROWN, DOOR, FLORENCE, KEWAUNEE, MARINETTE, AND OCONTO COUNTIES | | |
| BRICKLAYERS | 18.30 | 5.04 |

---

* BRWI0004B 06/01/1996

| | Rates | Fringes |
|---|---|---|
| KENOSHA, RACINE, AND WALWORTH COUNTIES | | |
| BRICKLAYERS | 21.55 | 6.04 |

---

BRWI0006B 06/01/1995

| | Rates | Fringes |
|---|---|---|
| ADAMS, CLARK, FOREST, LANGLADE, LINCOLN, MARATHON, MENOMINEE, ONEIDA, PORTAGE, PRICE, TAYLOR, VILAS AND WOOD COUNTIES | | |
| BRICKLAYERS | 18.39 | 5.00 |

---

BRWI0007B 06/01/1995

| | Rates | Fringes |
|---|---|---|
| GREEN, LAFAYETTE, AND ROCK COUNTIES | | |

| | Rates | Fringes |
|---|---|---|
| BRICKLAYERS | 19.70 | 5.05 |

* BRWI0008B 06/01/1995

| MILWAUKEE, OZAUKEE, WASHINGTON, AND WAUKESHA COUNTIES | Rates | Fringes |
|---|---|---|
| BRICKLAYERS | 22.64 | 5.10 |

BRWI0009B 06/01/1995

| GREEN LAKE, MARQUETTE, OUTAGAMIE, SHAWANO, WAUPACA, WASHARA, AND WINNEBAGO COUNTIES | Rates | Fringes |
|---|---|---|
| BRICKLAYERS | 18.30 | 5.04 |

BRWI0011C 06/01/1995

| CALUMET, FOND DU LAC, MANITOWOC, AND SHEBOYGAN COUNTIES | Rates | Fringes |
|---|---|---|
| BRICKLAYERS | 18.30 | 5.04 |

BRWI0013B 06/01/1995

| DANE, GRANT, IOWA, AND RICHLAND COUNTIES | Rates | Fringes |
|---|---|---|
| BRICKLAYERS | 20.14 | 4.73 |

BRWI0019B 06/01/1995

| BARRON, BUFFALO, BURNETT, CHIPPEWA, DUNN, EAU CLAIRE, PEPIN, PIERCE, POLK, RUSK, ST. CROIX, SAWYER AND WASHBURN COUNTIES | Rates | Fringes |
|---|---|---|
| BRICKLAYERS | 18.79 | 5.02 |

BRWI0021B 06/01/1995

| DODGE AND JEFFERSON COUNTIES | Rates | Fringes |
|---|---|---|
| BRICKLAYERS | 18.27 | 5.88 |

BRWI0034B 06/01/1995

| COLUMBIA AND SAUK COUNTIES | Rates | Fringes |
|---|---|---|
| BRICKLAYERS | 20.36 | 4.53 |

CARP0087A 05/01/1995

| BURNETT (W. of Hwy 48), PIERCE (W. of Hwy 29), POLK (W. of Hwys 35, 48 & 65), AND ST. CROIX (W. of Hwy 65) COUNTIES | Rates | Fringes |
|---|---|---|
| CARPENTERS & PILEDRIVER MEN | 19.87 | 3.55 |

CARP0161D 06/05/1995

| KENOSHA COUNTY | Rates | Fringes |
|---|---|---|
| CARPENTERS | 19.46 | 6.21 |

CARP0161E 06/05/1995

| | Rates | Fringes |
|---|---|---|
| RACINE COUNTY | | |
| CARPENTERS | 20.16 | 5.51 |

---

CARP0252B 06/04/1995

Rates Fringes

ADAMS, ASHLAND, BARRON, BAYFIELD (Eastern 2/3), BROWN, BUFFALO, BURNETT (E. of Hwy 48), CALUMET, CHIPPEWA, CLARK, DOOR, DUNN, EAU CLAIRE, FLORENCE (except area bordering Michigan State Line), FOND DU LAC, FOREST, GREEN LAKE, IRON, JACKSON, JUNEAU, KEWAUNEE, LA CROSSE, LANGLADE, LINCOLN, MANITOWOC, MARATHON, MARINETTE (except N.E. corner), MARQUETTE, MENOMINEE, MONROE, OCONTO, ONEIDA, OUTAGAMIE, PEPIN, PIERCE (E. of Hwys 29 & 65), POLK (E. of Hwys 35, 48 & 65), PORTAGE, PRICE, RUSK, SAWYER, SHAWANO, SHEBOYGAN, ST CROIX (E. of Hwy 65), TAYLOR, TREMPEALEAU, VERNON, VILAS, WASHBURN, WAUPACA, WAUSHARA, WINNEBAGO, AND WOOD COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 18.07 | 4.93 |
| MILLWRIGHTS | 19.52 | 4.93 |
| PILEDRIVER MEN | 18.57 | 4.93 |

FLORENCE COUNTY (Area bordering Michigan State Line), and MARINETTE COUNTY (Northeast part)

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 19.41 | 4.45 |
| MILLWRIGHTS | 21.09 | 5.12 |
| PILEDRIVER MEN | 19.41 | 4.45 |

---

CARP0264B 06/04/1995

Rates Fringes

COLUMBIA, CRAWFORD, DANE, DODGE, GRANT, IOWA, JEFFERSON (Area North of I-94), LA FAYETTE, RICHLAND, AND SAUK COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 17.87 | 5.11 |

GREEN, JEFFERSON (South of I-94), ROCK, AND WALWORTH COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 17.87 | 5.11 |

COLUMBIA, CRAWFORD, DANE, GRANT, IOWA, LA FAYETTE, RICHLAND, AND SAUK COUNTIES

| | Rates | Fringes |
|---|---|---|
| PILEDRIVER MEN | 18.37 | 5.11 |

GREEN AND ROCK COUNTIES

| | Rates | Fringes |
|---|---|---|
| PILEDRIVER MEN | 18.37 | 5.11 |

---

CARP0264C 06/05/1995

| | Rates | Fringes |
|---|---|---|
| MILWAUKEE, OZAUKEE, WAUKESHA, AND WASHINGTON COUNTIES | | |
| CARPENTERS | 20.80 | 5.98 |

---

CARP0361D 05/01/1995

| | Rates | Fringes |
|---|---|---|
| BAYFIELD (Western 1/3) AND DOUGLAS COUNTIES | | |
| CARPENTERS & PILEDRIVERMEN | 18.60 | 5.55 |

---

CARP2337A 06/05/1995

Rates Fringes

MILWAUKEE, OZAUKEE, WAUKESHA AND WASHINGTON COUNTIES

| | | |
|---|---|---|
| PILEDRIVER MEN | 22.34 | 6.23 |

KENOSHA COUNTY

| | | |
|---|---|---|
| PILEDRIVER MEN | 19.56 | 6.23 |

RACINE COUNTY (East of Hwy 75)

| | | |
|---|---|---|
| PILEDRIVER MEN | 19.86 | 5.83 |

JEFFERSON (South of I-94), RACINE (West of Hwy 75), AND WALWORTH COUNTIES

| | | |
|---|---|---|
| PILEDRIVER MEN | 20.71 | 5.13 |

DODGE AND JEFFERSON (North of I-94) COUNTIES

| | | |
|---|---|---|
| PILEDRIVER MEN | 20.71 | 5.13 |

---

* CARP2337C 06/01/1996

| | Rates | Fringes |
|---|---|---|
| MILWAUKEE, OZAUKEE, WAUKESHA AND WASHINGTON COUNTIES | | |
| MILLWRIGHTS | 20.12 | 8.38 |
| KENOSHA COUNTY | | |
| MILLWRIGHTS | 19.07 | 8.18 |
| RACINE COUNTY (Area East of Hwy 75) | | |
| MILLWRIGHTS | 18.97 | 8.18 |
| JEFFERSON (South of I-94), RACINE (Area West of Hwy 75), AND WALWORTH COUNTIES | | |
| MILLWRIGHTS | 19.87 | 7.43 |
| DODGE AND JEFFERSON (North of I-94) COUNTIES | | |
| MILLWRIGHTS | 19.92 | 7.18 |

---

* ELEC0014B 06/01/1996

| | Rates | Fringes |
|---|---|---|
| ASHLAND, BARRON, BAYFIELD, BUFFALO, BURNETT, CHIPPEWA, CLARK (except Maryville, Colby, Unity, Sherman, Fremont, Lynn & Sherwood), CRAWFORD, DUNN, EAU CLAIRE, GRANT, IRON, JACKSON, LA CROSSE, MONROE, PEPIN, PIERCE, POLK, PRICE, RICHLAND, RUSK, ST CROIX, SAWYER, TAYLOR, TREMPEALEAU, VERNON, AND WASHBURN COUNTIES | | |
| ELECTRICIANS | 20.42 | 19.3%+2.94 |

---

ELEC0127B 12/01/1995

| | Rates | Fringes |
|---|---|---|
| KENOSHA COUNTY | | |
| ELECTRICIANS | 21.79 | 16.25%+2.79 |

---

ELEC0158B 06/01/1994

| | Rates | Fringes |
|---|---|---|
| BROWN, DOOR, KEWAUNEE, MANITOWOC (except Schleswig), MARINETTE (Wausuakee and area South thereof), OCONTO, MENOMINEE (East of a | | |

line 6 miles West of the West boundary of Oconto County), SHAWANO (Except Area North of Townships of Aniwa and Hutchins) COUNTIES

| | | |
|---|---|---|
| ELECTRICIANS | 19.86 | 14.1%+2.79 |

---

* ELEC0159D 07/01/1995

COLUMBIA, DANE, DODGE (Area West of Hwy 26, except Chester and Emmet Townships), FOND DU LAC (Township of Waupun), GREEN LAKE (except Townships of Berlin, Seneca, and St. Marie), IOWA, MARQUETTE (except Townships of Neshkoka, Crystal Lake, Newton, and Springfield), and SAUK COUNTIES

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 21.47 | 3%+5.96 |

---

ELEC0219D 06/03/1995

FLORENCE COUNTY (Townships of Aurora, Commonwealth, Fern, Florence and Homestead) AND MARINETTE COUNTY (Township of Niagara)

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS: | | |
| Electrical contracts under $90,000 | 17.47 | 3.5%+3.60 |
| Electrical contracts over $90,000 | 21.36 | 3.5%+3.60 |

---

* ELEC0242E 06/01/1995

DOUGLAS COUNTY

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 24.29 | 6.07 |

---

ELEC0388B 06/01/1995

ADAMS, CLARK (Colby, Freemont, Lynn, Mayville, Sherman, Sherwood, Unity), FOREST, JUNEAU, LANGLADE, LINCOLN, MARATHON, MARINETTE (Area North of the town of Wausaukee), MENOMINEE (Area West of a line 6 miles West of the West boundary of Oconto County), ONEIDA, PORTAGE, SHAWANO (Area North of the townships of Aniwa and Hutchins), VILAS AND WOOD COUNTIES

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 20.36 | 3.425%+4.84 |

---

ELEC0430B 06/01/1995

RACINE COUNTY (Except Burlington Township)

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 22.24 | 17.3%+2.79 |

---

* ELEC0494E 06/01/1996

MILWAUKEE, OZAUKEE, WASHINGTON, AND WAUKESHA COUNTIES

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 22.51 | 3%+8.28 |

---

* ELEC0494F 06/01/1996

CALUMET COUNTY (Township of New Holstein), FOND DU LAC COUNTY (except Township of Waupun), and SHEBOYGAN COUNTY

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 20.10 | 3%+8.01 |

---

ELEC0577C 06/01/1995

| | Rates | Fringes |
|---|---|---|
| CALUMET (except Township of New Holstein), GREEN LAKE (N. part including Townships of Berlin, St Marie, and Seneca), MARQUETTE (N. part including Townships of Crystal Lake, Neshkoro, Newton, and Springfield), OUTAGAMIE, WAUPACA, WAUSHARA, AND WINNEBAGO COUNTIES | | |
| ELECTRICIANS | 20.48 | 15.8%+2.53 |

---

ELEC0890C 03/01/1996

| | Rates | Fringes |
|---|---|---|
| DODGE (Emmet Township only), GREEN, JEFFERSON, LAFAYETTE, RACINE (Burlington Township), ROCK AND WALWORTH COUNTIES | | |
| ELECTRICIANS | 22.64 | 11.25%+2.53 |

---

* ELEC0953B 06/01/1996

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman | 22.18 | 2.00+22.5% |
| Heavy Equipment Operator | 19.96 | 2.00+22.5 |
| Light Equipment Operator | 17.74 | 2.00+22.5% |
| Heavy Groundman Driver | 15.53 | 2.00+22.5% |
| Light Groundman Driver | 14.42 | 2.00+22.5% |
| Groundman | 12.20 | 2.00+22.5% |

---

ENGI0139E 06/01/1995

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1 | 22.47 | 7.45 |
| GROUP 2 | 21.97 | 7.45 |
| GROUP 3 | 21.47 | 7.45 |
| GROUP 4 | 21.21 | 7.45 |
| GROUP 5 | 20.92 | 7.45 |
| GROUP 6 | 20.71 | 7.45 |

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Cranes, tower cranes, and derricks with or without attachments with a lifting capacity of over 100 tons; or cranes, tower cranes, and derricks with boom, leads and/or jib lengths measuring 176 feet or longer.

GROUP 2: Cranes, tower cranes and derricks with or without attachments with a lifting capacity of 100 tons or less; or cranes, tower cranes, and derricks with boom, leads, and/or jibs lengths measuring 175 feet or under and backhoes (excavators) having a manufacturers rated capacity of 3 cubic yards and over; caisson rigs; pile driver; dredge operator; dredge engineer

GROUP 3: Mechanic or welder - Heavy duty equipment; cranes with a lifting capacity of 25 tons or under; concrete breaker (manual or remote); vibratory/sonic concrete breaker; concrete laser screed; concrete slipform paver; concrete batch plant operator; concrete pvt. spreader - heavy duty (rubber tired); concrete spreader & distributor; automatic subgrader (concrete); concrete grinder & planing machine; concrete slipform curb & gutter machine; slipform concrete placer; tube finisher; hydro blaster (10,000 psi & over); bridge paver; concrete conveyor system; concrete pump; stabilizing mixer (self-propelled); shoulder widener; asphalt plant engineer; bituminious paver; bump cutter & grooving machine; milling machine; screed (bituminous paver); asphalt heater, planer & scarifier; backhoes (excavators) having a manufacturer's rated capacity of under 3 cu yds; grader or motor patrol; tractor (scraper, dozer, pusher, loader); scraper -

rubber tired (single or twin engine); endloader; hydraulic backhoe (tractor type); trenching machine; skid rigs; tractor, side boom (heavy); drilling or boring machine (mechanical heavy); roller over 5 tons; percussion or rotary drilling machine; air track; blaster; loading machine (conveyor); tugger; boatmen; winches & A-frames; post driver; material hoist

GROUP 4: Greaser, roller steel (5 tons or less); roller (pneumatic tired) - self propelled; tractor (mounted or towed compactors & light equipment); shouldering machine; self-propelled chip spreader; concrete spreader; finishing machine; mechanical float; curing machine; power subgrader; joint sawer (multiple blade) belting machine; burlap machine; texturing machine; tractor endloader (rubber tired) - light; jeep digger; forklift; mulcher; launch operator; fireman, environmental burner

GROUP 5: Air compressor; power pack; vibrator hammer and extractor; heavy equipment, leadman; tank car heaters; stump chipper; curb machine operator; proportioning plants; generators; mudjack operator; rock breaker; crusher or screening plant; screed (milling machine); automatic belt conveyor and surge bin; pug mill operator

GROUP 6: Oiler; pump (over 3 inches)

---

ENGI0139I 06/04/1995

STATEWIDE EXCEPT KENOSHA, MILWAUKEE, OZAUKEE, RACINE, WASHINGTON, AND WAUKESHA COUNTIES

POWER EQUIPMENT OPERATORS (LOCK AND DAM WORK):

| | Rates | Fringes |
|---|---|---|
| GROUP 1 | 21.87 | 7.45 |
| GROUP 2 | 21.37 | 7.45 |
| GROUP 3 | 20.87 | 7.45 |
| GROUP 4 | 20.34 | 7.45 |
| GROUP 5 | 18.72 | 7.45 |
| GROUP 6 | 18.09 | 7.45 |
| GROUP 7 | 16.20 | 7.45 |

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Cranes, Tower Cranes and Derricks with or without attachments with a lifting capacity of over 100 tons; Cranes, Tower Cranes, and Derricks with boom, leads and/or jib lengths 176 ft or longer.

GROUP 2: Backhoes (Excavators) having a manufacturer's rated capacity of 3 cu yd and over; Cranes, Tower Cranes and Derricks with or without attachments with a lifting capacity of 100 tons or less; Cranes, Tower Cranes, and Derricks with boom, leads, and/or jib lengths 175 ft or less; Caisson Rigs; Pile Driver

GROUP 3: Backhoes (Excavators) under 3 cu yd; Travelling Crane (bridge type); Milling Machine; Concrete Paver over 27 E; Concrete Spreader and Distributor; Concrete Laser Screed; Concrete Grinder and Planing Machine; Slipform Curb and Gutter Machine; Boring Machine (Directional); Dredge Operator; Skid Rigs

GROUP 4: Hydraulic Backhoe (tractor or truck mounted); Hydraulic Crane, 10 tons or less; Tractor, Bulldozer, or End Loader (over 40 hp); Motor Patrol; Scraper Operator; Bituminous Plant and Paver Operator; Screed-Milling Machine; Roller over 5 tons; Concrete and Grout Pumps; Hydro Blaster, 10,000 psi and over; Rotary Drill Operator; Percussion Drilling Machine; Air Track Drill with or without integral hammer; Blaster; Boring Machine (vertical or horizontal); Side Boom; Trencher, wheel type or chain type having 8 inch or larger bucket; Rail Leveling Machine

(Railroad); Tie Placer; Tie Extractor; Tie Tamper; Stone Leveler; Straddle Carrier; Material Hoists; Stack Hoist; Man Hoists; Mechanic and Welder

GROUP 5: Tractor, Bulldozer, or End Loader (over 40 hp); Tampers -Compactors, riding type; Stump Chipper, large; Roller, Rubber

Tire; Backfiller; Trencher, chain type (bucket under 8 inch); Concrete Auto Breaker, large; Concrete Finishing Machine (road type); Concrete Batch Hopper; Concrete Conveyor Systems; Concrete Mixers, 14S or over; Pumps, Screw Type and Gypsum); Hydrohammers, small; Brooms and Sweeeprs; Lift Slab Machine; Roller under 5 tons; Industrial Locomotives; Fireman (Pile Drivers and Derricks); Pumps (well points); Hoists, automatic; A-Frames and Winch Trucks; Hoists (tuggers); Boats (Tug, Safety, Work Barges and Launches); Assistant Engineer

GROUP 6: Shouldering Machine Operator; Farm or Industrial Tractor mounted equipment; Post Hole Digger; Auger (vertical and horizontal); Skid Steer Loader with or without attachments; Robotic Tool Carrier with or without attachments; Power Pack Vibratory/Ultra Sound Driver and Extractor; Fireman (Asphalt Plants); Screed Operator; Stone Crushers and Screening Plants; Air, Electric, Hydraulic Jacks (Slip Form); Prestress Machines; Air Compressor, 400 CFM or over; Refrigeration Plant/Freese Machine; Boiler Operators (temporary heat)

GROUP 7: Forklifts; Welding Machines; Generators, over or under 150 kw; Compressors, under 400 CFM; Heaters, Mechanical; Combination small equipment operator; Winches, small electric; Oiler; Greaser; Conveyor; Elevator Operator

---

IRON0008B 06/01/1995

| | Rates | Fringes |
|---|---|---|
| BROWN, CALUMET, DOOR, FOND DU LAC, KENOSHA, KEWAUNEE, MANITOWOC, MARINETTE, MILWAUKEE, OCONTO, OUTAGAMI, OZAUKEE, RACINE, SHAWANO, SHEBOYGAN, WALWORTH (N.E. 2/3), WASHINGTON, WAUKESHA, AND WINNEBAGO COUNTIES: | | |
| IRONWORKERS | 21.02 | 8.95 |

---

* IRON0383A 06/01/1996

| | Rates | Fringes |
|---|---|---|
| ADAMS, COLUMBIA, CRAWFORD, DANE, DODGE, FLORENCE, FOREST, GRANT, GREENE, (EXCLUDING S.E. TIP), GREEN LAKE, IOWA, JEFFERSON, JUNEAU, LA CROSSE, LAFAYETTE, LANGLADE, MARATHON, MARQUETTE, MENOMINEE, MONROE, PORTAGE, RICHLAND, ROCK (Northern area, vicinity of Edgerton and Milton), SAUK, VERNON, WAUPACA, WAUSHARA, AND WOOD COUNTIES: | | |
| IRONWORKERS | 19.55 | 7.36 |

---

IRON0498E 06/01/1995

| | Rates | Fringes |
|---|---|---|
| GREEN (S.E. 1/3), ROCK (South of Edgerton and Milton), and WALWORTH (S.W. 2/3) COUNTIES: | | |
| IRONWORKERS | 22.55 | 9.825 |

---

* IRON0512H 05/01/1996

| | Rates | Fringes |
|---|---|---|
| BARRON, BUFFALO, CHIPPEWA, CLARK, DUNN, EAU CLAIRE, JACKSON, PEPIN, PIERCE, POLK, RUSK (W 1/2), ST CROIX, TAYLOR, AND TREMPEALEAU COUNTIES | | |

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS | 22.85 | 7.59 |

---

* IRON0563D 05/01/1996

| | Rates | Fringes |
|---|---|---|
| ASHLAND, BAYFIELD, BURNETT, DOUGLAS, IRON, LINCOLN (E. 1/4), ONEIDA, PRICE, RUSK (Eastern portion), SAWYER, VILAS AND WASHBURN COUNTIES | | |
| IRONWORKERS | 19.25 | 9.17 |

---

LABO0113B 06/05/1995

| | Rates | Fringes |
|---|---|---|
| MILWAUKEE AND WAUKESHA COUNTIES | | |
| LABORERS: | | |
| GROUP 1 | 16.29 | 4.83 |
| GROUP 2 | 16.39 | 4.83 |
| GROUP 3 | 16.44 | 4.83 |
| GROUP 4 | 16.49 | 4.83 |
| GROUP 5 | 16.54 | 4.83 |
| GROUP 6 | 16.64 | 4.83 |
| GROUP 7 | 16.69 | 4.83 |
| GROUP 8 | 16.94 | 4.83 |
| GROUP 9 | 12.78 | 4.83 |
| GROUP 10 | 19.52 | 4.83 |
| GROUP 11 | 18.75 | 4.83 |
| GROUP 12 | 18.30 | 4.83 |

LABORERS CLASSIFICATIONS

GROUP 1: General laborer; bituminous worker (shoveler; loader utility man); conduit layer; demolition & wrecking laborer; guard rail, fence, and bridge builder; landscaper, multiplate culvert assembler; reinforcing steel setter (pavement); stone handler; and tree trimmer

GROUP 2: Batch truck dumper; or cement handler; bituminous worker; (dumper, ironer, smoother, tamper); concrete handler

GROUP 3: Chain saw opertor; demolition burning torch laborer; joint sawer and filler (pavement); vibrator or tamper operator, mechanical (hand operated)

GROUP 4: Air tool operator

GROUP 5: Strike off man

GROUP 6: Formsetter (curb, walk & pavement)

GROUP 7: Bituminous worker (raker, luteman)

GROUP 8: Blaster, powderman

GROUP 9: Flagman; traffic control person

GROUP 10: Pipelayer (sewer & water)

GROUP 11: Bottomman (sewer & water)

GROUP 12: Topman (sewer & water)

---

LABO0113C 06/05/1995

| | Rates | Fringes |
|---|---|---|
| OZAUKEE AND WASHINGTON COUNTIES | | |

| | | |
|---|---|---|
| LABORERS: | | |
| GROUP 1 | 15.54 | 4.83 |
| GROUP 2 | 15.59 | 4.83 |
| GROUP 3 | 15.64 | 4.83 |
| GROUP 4 | 15.69 | 4.83 |
| GROUP 5 | 15.74 | 4.83 |
| GROUP 6 | 15.79 | 4.83 |
| GROUP 7 | 12.63 | 4.83 |
| GROUP 8 | 19.52 | 4.83 |
| GROUP 9 | 18.75 | 4.83 |
| GROUP 10 | 18.30 | 4.83 |

LABORERS CLASSIFICATIONS

GROUP 1: Bituminous worker (dumper, ironer, smoother, tamper); bituminous workers (shoveler, loader, utility man); concrete handler; conduit layer; demolition and wrecking laborer; general laborer; guard rail, fence and bridge builder; joint sawer and filler (pavement); landscape, multiplate culvert assembler; reinforcing steel setter (pavement); stone handler; strike off man

GROUP 2: Tree trimmer

GROUP 3: Air tool opertor (hand operated); batch truck dumper or cement handler; vibrator or tamper operator, mechanical (hand operated)

GROUP 4: Chain saw operator, demoliton; burning torch operator;

formsetter (curb, walk, and pavement)

GROUP 5: Blaster; powderman

GROUP 6: Bituminous worker (raker, luteman)

GROUP 7: Flagman; traffic control person

GROUP 8: Pipelayer (sewer & water)

GROUP 9: Bottomman (sewer & water)

GROUP 10: Topman (sewer & water)

---

LABO0140C 06/01/1995

| | Rates | Fringes |
|---|---|---|
| BUFFALO, CRAWFORD, GRANT, JACKSON, JUNEAU, LA CROSSE, MONROE, RICHLAND, TREMPEALEAU, AND VERNON COUNTIES | | |
| LABORERS: | | |
| GROUP 1 | 15.14 | 4.63 |
| GROUP 2 | 15.29 | 4.63 |
| GROUP 3 | 15.39 | 4.63 |
| GROUP 4 | 15.69 | 4.63 |

LABORERS CLASSIFICATIONS

GROUP 1: General laborer; caisson top man; cement and concrete workers; handling of precast concrete decking products; terrazzo and tile laborers; wreckers; railroad work; power buggie; powered sweepers; form strippers; form oiler; form cleaner; concrete dump men; pit man; signal man; scaffold builder; hod carrier; torch man; concrete saw; mud jack; air drill; fork lift operator; flagman and water boy

GROUP 2: Jack hammer; air spade; roofing laborer; mortar and plaster mixers; plaster and concrete pump; nozzle man; gunnite man; creosote workers

GROUP 3: Swing or stage scaffold on chimney and tower

GROUP 4: Drill operators tunnel and caisson

---

LAB00237C 06/01/1995

KENOSHA AND RACINE COUNTIES

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| GROUP 1 | 17.59 | 5.08 |
| GROUP 2 | 17.74 | 5.08 |

LABORERS CLASSIFICATIONS

GROUP 1: Tending to carpenters; stripping of forms; cleaning lumber; oiling lumber and forms; pouring, puddling and spreading of concrete; laying and pulling wire mesh; excavating for buildings; cleaning of debris; handling of rods or steel for reinforcement; shoring and moving of buildings; operating vibrators, air spades, and all other pneumatic or electric tools; mechanical concrete buggies; prime buggies; forklifts; concrete pump nozzleman; jack hammer; concrete buster and caisson workers, and on work where both employees are needed to operate same; waterman; and flagman

GROUP 2: Tending to and mixing all materials for brick, stone masons, marble and tile setters; building scaffolds; cleaning floors, windows, pipes and tile; plasterer laborer; tending to and mixing all materials for plasterers; drying of plaster when done by salamander heat; building scaffolds and cleaning up after the plasterers; wrecking of buildings of more than one story or where the work is considered hazardous; torch burner; demolition man

---

LAB00317B 06/01/1995

BARRON, CHIPPEWA, CLARK (Western half), DUNN, EAU CLAIRE, PEPIN PIERCE, POLK, RUSK, ST. CROIX, AND TAYLOR (Western half)

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| GROUP 1 | 14.57 | 4.78 |
| GROUP 2 | 14.82 | 4.78 |
| GROUP 3 | 15.07 | 4.78 |
| GROUP 4 | 15.32 | 4.78 |

LABORERS CLASSIFICATIONS

GROUP 1: General laborer; vibrator operator; gunniteman; nozzleman; scaffold builder; wrecking; blaster tender; mesh mucker; terrazzo laborer; flagman

GROUP 2: Mason tender; plaster tender; sand blaster; jack hammer; paving breaker; chipping gun

GROUP 3: Terrazzo grinder; highman on swing scaffold over 50 feet from base up

GROUP 4: Blaster

---

LAB00464D 01/19/1995

| | Rates | Fringes |
|---|---|---|

COLUMBIA, DANE, IOWA, JEFFERSON (Northern half), SAUK AND WALWORTH COUNTIES

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| GROUP 1 | 15.32 | 4.53 |
| GROUP 2 | 15.82 | 4.53 |

LABORERS CLASSIFICATIONS

GROUP 1: General Laborer; Asbestos Laborer; Hod Carrier; Mortar Mixer

GROUP 2: Blaster; Hazardous Waste and Landfill workers

---

LAB00539B 06/01/1995

ADAMS, BROWN, CALUMET, CLARK (Eastern half), DODGE, DOOR, FLORENCE, FOND DU LAC, FOREST, GREEN LAKE, KEWAUNEE, LANGLADE LINCOLN, MANITOWOC, MARATHON, MARINETTE (excluding Niagara), MARQUETTE, MENOMINEE, OCONTO, ONEIDA, OUTAGAMIE, PORTAGE, PRICE SHAWANO, SHEBOYGAN, TAYLOR (Eastern half), VILAS, WAUPACA, WAUSHARA, WINNEBAGO, AND WOOD COUNTIES

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| GROUP 1 | 14.64 | 4.33 |

LABORERS CLASSIFICATIONS

GROUP 1: Construction laborer; form stripper, form oiler form cleaner; dump men; pit men; building wrecker; plumber's laborer; motorized buggy operator; concrete laborer; air spade and chipping hammer; drag tender and signal man; concrete pumps and nozzleman; bituminous worker; mesh mucker; skid loader; materials mover; plaster tender; hod carrier; dry cement handler; kettlemen; vibrator operator; tile setter tender; core drill operator; burner on wrecking; air operator; sheeting driver; power tamper; creosote worker; mudjack operator; bituminous raker and luteman; chipping hammer on tank line; mason tender; mortar and plaster mixer; jackhammer operator; gunnite man; concrete breaker; jumping jack; terrazzo grinder; forklift operator; bobcat operator; precast erector; caisson bottom man; work on swinging scaffold; all high work including construction demolition in excess of 30 ft on free standing industrial chimneys and tower, tanks; skip form work and grain elevators; asbestos demolition laborer flagman

---

LAB01050A 06/01/1995

BAYFIELD, BURNETT, DOUGLAS, IRON, SAWYER, AND WASHBURN COUNTIES

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| GROUP 1 | 15.43 | 5.13 |
| GROUP 2 | 15.68 | 5.13 |
| GROUP 3 | 15.78 | 5.13 |
| GROUP 4 | 15.88 | 5.13 |
| GROUP 5 | 15.98 | 5.13 |

LABORERS CLASSIFICATIONS

GROUP 1: General laborer; concrete work; mason tender; tile setter & terrazzo tenders; demolition and wrecking; roofing tender; underpinning, lagging, bracing, shoring; jack man on slip form; vibrator; landscaping; bituminous worker; asbestos removal laborer; hazardous waste worker; hydro-blaster;

GROUP 2: Buffing machine operator; raker; luteman

GROUP 3: Cement manhole builder; plaster laborer; steel

burners; steel form setter; jack hammer; air tools

GROUP 4: Miners tunnels; underground sewers; drilling, blasting and all compressed air work underground or in compression chambers

GROUP 5: Dynamite person

---

LABO1050B 06/01/1995

ASHLAND COUNTY

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| GROUP 1 | 14.78 | 4.33 |
| GROUP 2 | 15.03 | 4.33 |
| GROUP 3 | 15.13 | 4.33 |
| GROUP 4 | 15.23 | 4.33 |
| GROUP 5 | 15.33 | 4.33 |

LABORERS CLASSIFICATIONS

GROUP 1: General laborer; concrete work; mason tender; tile setter & terrazzo tenders; demolition and wrecking; roofing tender; underpinning, lagging, bracing, shoring; jack man on slip form; vibrator; landscaping; bituminous worker; asbestos removal laborer; hazardous waste worker; hydro-blaster;

GROUP 2: Buffing machine operator; raker; luteman

GROUP 3: Cement manhole builder; plaster laborer; steel

burners; steel form setter; jack hammer; air tools

GROUP 4: Miners tunnels; underground sewers; drilling, blasting and all compressed air work underground or in compression chambers

GROUP 5: Dynamite person

---

LABO1440B 01/19/1995

GREEN, JEFFERSON (Southern part), LAFAYETTE, AND ROCK COUNTIES

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| GROUP 1 | 15.40 | 4.23 |
| GROUP 2 | 15.55 | 4.23 |
| GROUP 3 | 15.65 | 4.23 |

LABORERS CLASSIFICATIONS

GROUP 1: General Laborer, Flagman

GROUP 2: Power Rammer; Jumping jack; Vibrator Operator; Fork Lift Operator; Concrete Pump Lead Hose Man

GROUP 3: Mortar and Plaster Mixer; Air Hammer

---

PAIN0106H 05/01/1994

ASHLAND, BAYFIELD, BURNETT, AND DOUGLAS COUNTIES

| | Rates | Fringes |
|---|---|---|
| PAINTERS; BRUSH & ROLLER: | | |
| New | 19.46 | 3.99 |
| Repaint | 18.21 | 3.99 |

---

PAIN0108B 06/01/1995

RACINE COUNTY

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| Brush, Roller | 17.50 | 5.25 |
| Spray & Sandblast | 18.50 | 5.25 |

---

PAIN0145D 06/01/1995

CALUMET, FOND DU LAC, GREEN LAKE, MANITOWOC, MARQUETTE, OUTAGAMIE, SHAWANO (West of Shawano), SHEBOYGAN, WAUSHARA, WAUPACA, AND WINNEBAGO COUNTIES

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| Brush | 14.50 | 3.01 |
| Spray | 15.00 | 3.01 |

---

PAIN0259B 06/01/1995

BARRON, BUFFALO, CHIPPEWA, CRAWFORD, DUNN, EAU CLAIRE, JACKSON, LA CROSSE, MONROE, PEPIN, PIERCE, POLK, PRICE, RUSK, ST CROIX, SAWYER, TREMPEALEAU, VERNON, AND WASHBURN COUNTIES

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| Brush | 18.90 | 1.70 |
| Spray | 19.40 | 1.72 |
| Structural Steel | 19.90 | 1.75 |

---

PAIN0337B 06/01/1995

BROWN, DOOR, KEWAUNEE, OCONTO, AND SHAWANO (East of the Town of Shawano) COUNTIES

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| Brush | 17.45 | 2.55 |
| Spray & Sandblast | 17.83 | 2.55 |

---

PAIN0781B 06/01/1995

JEFFERSON, MILWAUKEE, OZAUKEE, WASHINGTON, AND WAUKESHA COUNTIES

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| Brush | 18.07 | 6.39 |
| Spray & Sandblast | 18.82 | 6.39 |
| Bridge | 18.42 | 6.39 |

---

* PAIN0802B 06/01/1996

COLUMBIA, DANE, DODGE, GRANT, GREEN, IOWA, LAFAYETTE, RICHLAND, ROCK, AND SAUK COUNTIES

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| Brush | 17.95 | 4.32 |
| Structural Steel, Spray | 18.95 | 4.32 |

---

PAIN0832B 07/01/1995

Rates Fringes

ADAMS, CLARK, FLORENCE, FOREST, IRON, JUNEAU, LANGLADE, LINCOLN, MARATHON, MENOMINEE, ONEIDA, PORTAGE, TAYLOR, WOOD, AND VILAS COUNTIES

| | | |
|---|---|---|
| PAINTERS | 19.33 | 2.51 |

---

* PAIN0934A 06/01/1995

KENOSHA AND WALWORTH COUNTIES

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| Brush | 18.43 | 4.20 |
| Structural Steel | 18.58 | 4.20 |
| Spray | 19.18 | 4.20 |

---

PLAS0204E 06/04/1995

DANE, GREEN, IOWA, AND LAFAYETTE COUNTIES

| | Rates | Fringes |
|---|---|---|
| CEMENT MASONS | 18.75 | 5.55 |

---

PLAS0257C 06/01/1995

ADAMS, ASHLAND, BARRON, BROWN, BUFFALO, BURNETT, CALUMET, CHIPPEWA, CLARK, COLUMBIA, CRAWFORD, DODGE, DOOR, DUNN, EAU CLAIRE, FLORENCE, FOND DU LAC, FOREST, GREEN LAKE, IRON, JACKSON, JEFFERSON, JUNEAU, KEWAUNEE, LA CROSSE, LANGLADE, LINCOLN, MANITOWOC, MARATHON, MARINETTE, MARQUETTE, MENOMINEE, MONROE, OCONTO, ONEIDA, OUTAGAMIE, PEPIN, PIERCE, POLK, PORTAGE, RICHLAND, ROCK, RUSK, ST CROIX, SAUK, SHAWANO, SHEBOYGAN, TAYLOR, TREMPEALEAU, VERNON, VILAS, WALWORTH, WAUPACA, WAUSHARA, WINNEBAGO, AND WOOD COUNTIES

| | Rates | Fringes |
|---|---|---|
| CEMENT MASONS | 18.38 | 4.57 |

---

PLAS0558B 06/05/1995

MILWAUKEE, OZAUKEE, WASHINGTON, AND WAUKESHA COUNTIES

| | Rates | Fringes |
|---|---|---|
| CEMENT MASONS | 18.53 | 5.77 |

---

PLAS0587C 06/01/1995

GRANT COUNTY

| | Rates | Fringes |
|---|---|---|
| CEMENT MASONS | 17.93 | 7.70 |

---

PLAS0633I 06/01/1995

BAYFIELD, DOUGLAS, PRICE, SAWYER, AND WASHBURN COUNTIES

| | Rates | Fringes |
|---|---|---|
| CEMENT MASONS | 20.25 | 5.05 |

---

PLAS0845B 06/01/1995

KENOSHA AND RACINE COUNTIES

| | Rates | Fringes |
|---|---|---|
| CEMENT MASONS | 18.53 | 5.77 |

---

* PLUM0011C 05/01/1996

Rates Fringes

ASHLAND, BAYFIELD, BURNETT, DOUGLAS, IRON, SAWYER, AND WASHBURN COUNTIES

| | | |
|---|---|---|
| PLUMBERS | 22.07 | 6.93 |

---

* PLUM0031B 06/01/1996

| | Rates | Fringes |
|---|---|---|

BUFFALO (S. 1/3), CRAWFORD, GRANT, JACKSON (S. 2/3), JUNEAU, LA CROSSE, MONROE, TREMPEALEAU (S. 2/3), AND VERNON COUNTIES

| | | |
|---|---|---|
| PLUMBERS | 21.72 | 5.35 |

---

* PLUM0075B 06/01/1995

| | Rates | Fringes |
|---|---|---|

MILWAUKEE, OZAUKEE, WASHINGTON, AND WAUKESHA COUNTIES

| | | |
|---|---|---|
| PLUMBERS | 23.30 | 4.87 |

---

* PLUM0118B 06/01/1996

| | Rates | Fringes |
|---|---|---|

KENOSHA, RACINE, AND WALWORTH COUNTIES

| | | |
|---|---|---|
| PLUMBERS AND STEAMFITTERS | 21.81 | 8.16 |

---

PLUM0167C 06/01/1995

| | Rates | Fringes |
|---|---|---|

COLUMBIA, DANE, IOWA, MARQUETTE, RICHLAND AND SAUK COUNTIES

| | | |
|---|---|---|
| PLUMBERS | 21.20 | 6.71 |

---

PLUM0206C 06/01/1995

| | Rates | Fringes |
|---|---|---|

ADAMS, CALUMET (Chilton and South thereof), DODGE (except watertown), FOND DU LAC, GREEN LAKE, MANITOWOC (Kiel only), SHEBOYGAN, WAUSHARA, AND WINNEBAGO (except N.E. corner) COUNTIES

| | | |
|---|---|---|
| PLUMBERS | 21.92 | 5.91 |

---

PLUM0214B 06/01/1995

| | Rates | Fringes |
|---|---|---|

DODGE (Watertown), GREEN, JEFFERSON, LAFAYETTE, AND ROCK COUNTIES

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS | 21.90 | 7.20 |

---

PLUM0298C 06/15/1995

| | Rates | Fringes |
|---|---|---|

BROWN, CALUMET (area North of Chilton), DOOR, KEWAUNEE, MANITOWOC (except Kiel), AND OCONTO COUNTIES

| | | |
|---|---|---|
| PLUMBERS | | |
| Commercial | 19.03 | 5.86 |
| Industrial | 22.09 | 5.86 |

---

* PLUM0385B 08/01/1995

| | Rates | Fringes |
|---|---|---|

BARRON, BUFFALO (N 2/3), CHIPPEWA, CLARK, DUNN, EAU CLAIRE, JACKSON (N 1/3), PEPIN, PIERCE, POLK, PRICE, RUSK, ST. CROIX, TAYLOR AND TREMPEALEAU (N 1/3) COUNTIES

| | | |
|---|---|---|
| PLUMBERS: | | |
| Plumbing or heating jobs $35,000 and under; or a combination bid for both of $70,000 or under | 13.46 | 8.55 |
| All other work | 17.57 | 8.55 |

---

PLUM0414C 06/01/1994

| | Rates | Fringes |
|---|---|---|
| MARINETTE COUNTY | | |
| PLUMBERS & PIPEFITTERS | 20.46 | 6.72 |

---

PLUM0458C 06/01/1995

| | Rates | Fringes |
|---|---|---|
| CALUMET (N.W. section N. of Stockbridge and W. of Hwy 57), MENOMINEE, OUTAGAMIE, SHAWANO, WAUPACA, WINNEBAGO (extreme N.E. corner) | | |
| PLUMBERS | 19.89 | 8.05 |

---

PLUM0557B 06/01/1995

| | Rates | Fringes |
|---|---|---|
| FLORENCE, FOREST, LANGLADE, LINCOLN, MARATHON, ONEIDA, AND VILAS COUNTIES | | |
| PLUMBERS | 21.65 | 4.50 |

---

PLUM0778A 06/01/1995

| | Rates | Fringes |
|---|---|---|
| PORTAGE AND WOOD COUNTIES | | |
| PLUMBERS | 22.36 | 4.47 |

---

* TEAM0039B 06/01/1996

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| 2 Axle Trucks | 16.33 | a+b+c |
| 3 or more axles; Euclids or Dumptor | 16.48 | a+b+c |

FOOTNOTES:
a. $132.00 per week per employee on payroll 30 days or longer
b. $2.65 per hour for pension for employees on payroll 30 days or longer
c. $0.35 per hour (straight time only) for vacation/holiday

---

| | Rates | Fringes |
|---|---|---|
| WELL DRILLERS | 16.52 | 3.70 |

---

SELF-PROPELLED HOPPER DREDGES:

| | Rates | Fringes |
|---|---|---|
| DRAG TENDER | 8.78 | 4.23+A |

FOOTNOTE FOR DRAG TENDERS:
A. PAID HOLIDAYS: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Paul Hall's Birthday (August 20), Veteran's Day, Thanksgiving Day, and Christmas Day

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

===

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after

award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

END OF GENERAL DECISION