SECTION 01130

ENVIRONMENTAL PROTECTION


| Par. No. | DESCRIPTION | Page No. |
|---|---|---|
| 1 | SCOPE | 01130-1 |
| 2 | SUBMITTALS | |
| 3 | PERMITS | 01130-2 |
| 4 | SUBCONTRACTORS | |
| 5 | NOTIFICATION | |
| 6 | PROTECTION OF ENVIRONMENTAL RESOURCES | |
| 7 | POST CONSTRUCTION CLEAN UP | 01130-6 |
| 8 | RESTORATION OF LANDSCAPE DAMAGE | |
| 9 | MAINTENANCE OF POLLUTION CONTROL FACILITIES | |
| 10 | TRAINING OF CONTRACTOR PERSONNEL IN POLLUTION CONTROL | |
| 11 | QUALITY CONTROL | |
| 12 | PAYMENT | |

SECTION 01130 - ENVIRONMENTAL PROTECTION

1. SCOPE. This section covers prevention of environmental pollution and damage as the result of construction operations under this contract and for those measures set forth in other parts of the contract documents. For the purpose of this contract, environmental pollution and damage is defined as the presence of chemical, physical, or biological elements or agents which adversely affect human health or welfare; unfavorably alter ecological balances of importance to human life; affect other species of importance to man; or degrade the utility of the environment for aesthetic, cultural, and/or historical purposes. The control of environmental pollution and damage requires consideration of air, water, and land, and includes management of visual aesthetics, noise, solid waste, radiant energy, and radioactive materials, as well as other pollutants.

2. SUBMITTALS.

2.1 The Environmental Protection Plan shall include but not be limited to the following:

(1) Name(s) of person(s) within the Contractor's organization is(are) responsible for ensuring that the Environmental Protection Plan is adhered to.

(2) Name(s) of person(s) responsible for training the Contractor's environmental protection personnel.

(3) Description of the Contractor's environmental protection personnel training program.

(4) Methods for protection of features to be preserved within authorized work areas. The Contractor shall prepare a listing of methods to protect resources needing protection, i.e., trees, shrubs, vines, grasses and ground cover, landscape features, air and water quality, fish and wildlife, soil, and historical, archaeological, and cultural resources.

(5) Procedures to be implemented to provide the required environmental protection and to comply with the applicable laws and regulations. The Contractor shall set out the procedures to be followed to correct pollution of the environment due to accident, natural causes, or failure to follow the procedures set out in accordance with the Environmental Protection Plan.

(6) Permits or licenses for, and the locations of, solid waste disposal areas.

(7) Drawings showing locations of proposed temporary excavations or embankments for haul roads, stream crossings, material storage areas, structures, sanitary facilities, and stockpiles of excess or spoil materials.

(8) Environmental monitoring plans for the job site including land, water, air, and noise monitoring.

(9) Traffic control plans.

(10) Methods of protecting surface and ground water during construction activities.

(11) Work area plan showing the proposed activity in each portion of the area and identifying the areas of limited use or non-use. Plan should include

measures for marking the limits of use areas.

(12) Plan of borrow areas.

(13) Plans for restoration of landscape damage.

2.2 Implementation. Prior to ordering required materials/equipment or commencing construction work, the Contractor shall.

(1) Submit to the Contracting Officer an acceptable written Environmental Protection Plan;

(2) Obtain the Contracting Officer's written acceptance of the Environmental Protection Plan; and

(3) Meet with representatives of the Contracting Officer for the purpose of developing an understanding of the requirements and methods of administration of the Contractor's Environmental Protection Plan.

2.3 Compliance. Not withstanding the requirements of this section and not withstanding approval by the Contracting Officer of the Contractor's Environmental Protection Plan, nothing herein shall be construed as relieving the Contractor of all applicable Federal, State, and local environmental protection laws and regulations.

3. PERMITS. The Contractor shall comply with all requirements under the terms and conditions set out in permits obtained by the Contracting Officer for this contract. A copy of each permit obtained by the Contracting Officer for this contract is available for inspection in the Office of the District Engineer, Army Corps of Engineers Centre, 190 Fifth Street East, Saint Paul, Minnesota 55101-1638.

4. SUBCONTRACTORS. Assurance of compliance with this section by subcontractors shall be the responsibility of the Contractor. The Contractor shall insure that its subcontractor's comply with the requirements of this section along with all appropriate Federal, State, and local laws, regulations, and requirements.

5. NOTIFICATION. The Contracting Officer will notify the Contractor in writing of observed noncompliance with the Federal, State, or local laws, regulations, permits, and elements of the Contractor's Environmental Protection Plan. The Contractor shall, after receipt of such notice, inform the Contracting Officer of proposed corrective action and take such action as may be approved. If the Contractor fails to comply promptly, the Contracting Officer may issue an order stopping (suspending) all or part of the work until satisfactory corrective action has been taken; no time extensions shall be granted or costs or damages allowed to the Contractor for any such suspension. Failure of the Contracting Officer to notify the Contractor of any noncompliance with Federal, State, or local laws or regulations does not relieve the Contractor of the obligation to be in conformance with those requirements.

6. PROTECTION OF ENVIRONMENTAL RESOURCES. The environmental resources within the project boundaries and those affected outside the limits of permanent work under this contract shall be protected during the entire period of this contract. The Contractor shall confine its activities to areas defined by the contract documents. Environmental protection shall be as stated herein.

6.1 Protection Of Land Resources. Prior to the beginning of any

construction, the Contractor shall identify all land resources to be preserved within the Contractor's work area. The Contractor shall not remove, cut deface, injure, or destroy land resources including trees, shrubs, vines, grasses, topsoil, and land forms without permission from the Contracting Officer. No ropes, cables, or guys shall be fastened to or attached to any trees for anchorage unless specifically authorized. Where such special emergency use is permitted, the Contractor shall provide effective protection for land and vegetation resources at all times as defined in the following.

6.1.1 Work area limits. Prior to any construction the Contractor shall mark the areas that are not required to accomplish all work to be performed under this contract. Isolated areas within the general work area which are to be saved and protected shall also be marked or fenced. Monuments and markers shall be protected before construction operations commence. Where construction operations are to be conducted during darkness, the markers shall be visible. The Contractor shall convey to the Contractor's personnel the purpose of marking and/or protection of all necessary objects.

6.1.2 Protection of landscape. Trees, shrubs, vines, grasses, land forms, and other landscape features required to be preserved shall be clearly identified by marking, fencing, or wrapping with boards, or any other approved techniques.

6.1.3 Reduction of exposure of unprotected erodible soils. Earthwork brought to final grade shall be finished as required. Side slopes and back slopes shall be protected as soon as practicable upon completion of rough grading. All earthwork shall be planned and conducted to minimize the duration of exposure of unprotected soils. Except in instances where the constructed features obscure borrow areas, quarries, and waste material areas, these areas shall not initially be cleared in total. Clearing of such areas shall progress in reasonable sized increments as needed to use the areas developed as approved.

6.1.4 Temporary protection of disturbed areas. Methods shall be utilized as necessary to effectively prevent erosion and control sedimentation, including but not limited to the following:

(1) Retardation and control of run-off. Run-off from the work site shall be controlled by construction of diversion ditches, benches, and berms to retard and divert run-off to protected drainage courses, and any measures required by area wide plans approved under the Clean Water Act (33 U.S.C. 1288).

(2) Sediment basins. Sediment from construction areas shall be trapped in temporary or permanent sediment basins in accordance with basin plans when shown on the drawings. The basins shall accommodate the run-off of a local design year storm. After each storm the basins shall be pumped dry and accumulated sediment shall be removed as necessary to maintain basin effectiveness. Overflow shall be controlled by paved weir or by vertical overflow pipe, draining from the surface. The collected topsoil sediment shall be reused for fill on the construction site, and/or conserved (stockpiled) for use at another site or other sites. The Contractor shall institute effluent quality monitoring programs as required by Federal, State, and local environmental agencies.

6.1.5 Erosion and sedimentation control devices. The Contractor shall construct or install all temporary and permanent erosion and sedimentation control features as indicated or as required. Temporary erosion and sediment control measures such as berms, dikes, drains, silt fencing, sedimentation basins, grassing, and mulching shall be maintained until permanent drainage and erosion control facilities are completed and operative.

6.1.6 Location of field offices, storage, and other Contractor facilities. The Contractor's field offices, staging areas, stockpile storage, and temporary buildings shall be placed in areas designated. Temporary movement or relocation of Contractor facilities shall be made only upon approval.

6.1.7 Borrow areas shall be managed to minimize erosion and to prevent sediment from entering nearby water courses or lakes.

6.1.8 Spoil areas shall be managed and controlled to limit spoil to areas designated on the drawings and prevent erosion of soil or sediment from entering nearby water courses or lakes. Spoil areas shall be developed in accordance with the grading plan indicated.

6.1.9 Temporary excavations and embankments for plant and/or work areas shall be controlled to protect adjacent areas from despoilment.

6.1.10 Disposal of solid wastes. Solid wastes (excluding clearing debris) shall be placed in containers which are emptied on a regular schedule. All handling and disposal shall be conducted to prevent contamination.

6.1.10.1 Disposal of solid waste by removal from the work areas. The Contractor shall transport all solid waste off the work areas and dispose of it in compliance with Federal, State, and local requirements for solid waste disposal.

6.1.10.2 Disposal of solid waste. Waste materials shall be hauled to the disposal areas as required. The Contractor shall comply with Federal, State, and local laws and regulations pertaining to the use of disposal (landfill) areas.

6.1.11 Disposal of chemical waste. Chemical waste shall be stored in corrosion resistant containers, removed from the work areas, and disposed of in accordance with Federal, State, and local laws and regulations.

6.1.12 Disposal of discarded materials. Discarded materials other than those which can be included in the solid waste category shall be handled as directed by the Contracting Officer.

6.2 Preservation And Recovery Of Historical, Archaeological, And Cultural Resources. Existing historical, archaeological, and cultural resources within the Contractor's work areas will be so designated by the Contracting Officer and precautions taken to preserve all such resources as they existed at the time they were pointed out to the Contractor. The Contractor shall install all protection for these resources so designated on the drawings and shall be responsible for their preservation during this contract. If during construction activities the Contractor observes unusual items that might have historical or archaeological value, such observations shall be reported as soon as practicable to the Contracting Officer. The Contractor shall stop all activities in such areas until notified in writing by the Contracting Officer to continue performance.

6.3 Protection Of Water Resources. The Contractor shall keep construction activities under surveillance, management, and control to avoid pollution of surface and ground waters. Special management techniques as set out herein shall be implemented to control water pollution by the listed construction activities which are included in this contract.

6.3.1 Washing and curing water. Waste waters directly derived from construction activities shall not be allowed to enter water areas. These waste waters shall be collected and placed in retention ponds where suspended material

can be settled out or the water evaporates so that pollutants are separated from the water.

6.3.2 Cofferdam and diversion operations. The Contractor shall plan its operations and perform all work necessary to minimize adverse impact or violation of the water quality standards applicable to this contract. Construction operations for dewatering, removal of cofferdams, tailrace excavation, and tunnel closure shall be controlled at all times to limit the impact of water turbidity on the habitat for fish and wildlife and impacts on water quality for downstream use.

6.3.3 Stream crossings shall be controlled during construction. Crossings shall provide movement of materials or equipment which do not violate water pollution control standards of Federal, State, or local governments.

6.3.4 Monitoring of water areas affected by construction activities shall be the responsibility of the Contractor. All water areas affected by construction activities shall be monitored by the Contractor.

6.4 Protection Of Fish And Wildlife Resources. The Contractor shall keep construction activities under surveillance, management, and control to minimize interference with, disturbance to, and damage of fish and wildlife. Species that require specific attention along with measures for their protection shall be listed by the Contractor prior to beginning of construction operations.

6.5 Protection Of Air Resources. The Contractor shall keep construction activities under surveillance, management, and control to minimize pollution of air resources. All activities, equipment, processes, and work operated or performed by the Contractor in accomplishing the required construction shall be in strict accordance with State air pollution statutes, rules, and regulations and all Federal emission and performance laws and standards. Ambient Air Quality Standards set by the United States Environmental Protection Agency shall be maintained for the construction operations and activities required in this section. Special management techniques as set out below shall be implemented to control air pollution by the construction activities which are included in the contract.

6.5.1 Particulates. Dust particles, aerosols, and gaseous by-products from all construction activities, and processing and preparation of materials such as from asphaltic batch plants, shall be controlled at all times including weekends, holidays, and periods when work is not in progress.

6.5.1.1 Particulates control. The Contractor shall maintain all excavations, stockpiles, haul roads, permanent and temporary access roads, plant sites, spoil areas, borrow areas, and all other work areas within or outside the project boundaries free from particulates which would cause the air pollution standards mentioned above to be exceeded or which would cause a hazard or a nuisance. Sprinkling, chemical treatment of an approved type, light bituminous treatment, baghouses, scrubbers, electrostatic precipitators or other methods will be permitted to control particulates in the work area. Sprinkling, to be efficient, must be repeated at such intervals as to keep the disturbed area damp at all times. The Contractor must have sufficient and competent equipment available to accomplish this task. Particulate control shall be performed as the work proceeds and whenever a particulate nuisance or hazard occurs.

6.5.2 Hydrocarbons and carbon monoxide emissions from equipment shall be controlled to be in compliance with Federal and State allowable limits at all times.

6.5.3 Odors shall be controlled at all times for all construction activities and processing and preparation of materials.

6.5.4 Monitoring of air quality shall be the responsibility of the Contractor. All air areas affected by the construction activities shall be monitored by the Contractor.

6.6 Protection Of Sound Intrusions. The Contractor shall keep construction activities under surveillance and control to minimize damage to the environment by noise. The Contractor shall use methods and devices to control noise emitted by equipment to within the levels required in the "Safety and Health Requirements Manual" referenced in the CONTRACT CLAUSE "Accident Prevention".

7. POST CONSTRUCTION CLEAN UP. The Contractor shall clean up areas used for construction.

8. RESTORATION OF LANDSCAPE DAMAGE. The Contractor shall restore all landscape features damaged or destroyed during construction operations outside the limits of the approved work areas. Such restoration shall be in accordance with the Environmental Protection Plan. This work shall be accomplished at the Contractor's expense and at no additional cost to the Government.

9. MAINTENANCE OF POLLUTION CONTROL FACILITIES. The Contractor shall maintain all constructed facilities and portable pollution control devices for the duration of the contract or for the length of time construction activities create the particular pollutant.

10. TRAINING OF CONTRACTOR PERSONNEL IN POLLUTION CONTROL. The Contractor shall train its personnel in all phases of environmental protection. The training shall include methods of detecting and avoiding pollution, familiarization with pollution standards, both statutory and contractual, and installation and care of facilities (vegetative covers, and instruments required for monitoring purposes) to ensure adequate and continuous environmental pollution control.

11. QUALITY CONTROL. The Contractor shall establish and maintain quality control for environmental protection of all items set forth herein. The Contractor shall record on daily reports any problems in complying with laws, regulations, and ordinances and corrective action taken.

12. PAYMENT. No separate payment or direct payment will be made for the cost of the work covered under this section and such work will be considered as a subsidiary obligation of the Contractor.

* * * *