Daniel J [illegible]

- Commitments Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

AUGUST 1996

***DAILY RECORD OF EVENTS***

**29**
**THURSDAY**
242nd Day 124 Left
Week 35

Mooring Buoys - L/D 9
Talked to LuAnn at L/D 9 about meeting with Falling Rock Walleye Club. She made arrangement with President, Jerry Finey 608/875-5206. It will be held on 9/4 at 1300 at L/D 9. Called Gretchen and Kurt Welke to let them know. Left msg on answering machine

Lawerence Mattson
He asked about use of a wooded site at Tepeeota Point. He said that the site was being cleared by the landowner. I told him that we could not control what the landowner did. We did not want heavily wooded areas cleared just to dispose of dredged material. From talking to Mr. Mattson it sounded like that was not the case. I told him that we would ~~to~~ need to do a cultural resources investigation of the site and that we would obtain water quality certification from the MPCA for the effluent

©1993 Franklin Quest Co. Printed in USA Classic

EXHIBIT NO. 2
D.A.W.