AUGUST 1996

DAILY RECORD OF EVENTS

(1) Continental Grain - Construction drawings show
upper limit is up to upper side of slip opening.
✓★ Lay out cut & confirm layout w/ Dan. We discussed
shifting it slightly to Right bank but not into
slip area.

(2) Conrad Z - Scot can't go to Kellogg mtg.
✓★ Call Scot & Gretchen after mtg.
Grand Encampment
(3) Kellogg Mtg. - Met w/ Larry Mattson Jr., Bob D.,
Nick Gulden, Dennis Anderson, & Dan K.
- Looked at 2 sites. Both looked good.
✓★ - Need to put all sites (including Brennan site)
on a map & send w/ request to Siegel to do
a cultural review of the them
- Brown Site - Everyone said looked good. There
was one corner of the site that should be
avoided. It is probably floodplain wetland.
Mattson would strip top soil & use as dike,
fill the area & put the top soil back & seed.
Site is currently used to raise mallows. Very
sandy soil.
- Gusa property - No environ concerns noted. Could
be social concerns

©1993 Franklin Quest Co. Printed in USA

DEPOSITION EXHIBIT
Tapp 10
7-23-02

- Consultation, Exchanges
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Celebrations

AUGUST 1996

***DAILY RECORD OF EVENTS***

8
THURSDAY
221st Day, 145 Left
Week 32

(1) Grand Encampment - I wrote memo & made maps & send to Sissel J. to complete a cultural resource review of 4 alt contractor selected sites.
- Spoke to Sissel on phone also. She will try to get the review completed by end of next week.

(2) Kraemer Site - I spoke to Dave Edmonds of Ed. Kraemer & Sons to make sure he knew we were taking material to the site. est 27,000 $yd^3$

(3) BP said CM2 will work Fri & Sat at Petersons Bar then work 3-4 days at Continental Slip. He will ask L+S if they want to do Abe Sawyer FRRx while they are up there & then come back to finish cut 4 of Petersons Bar. I told him if it works better to go ahead. He will coord w/ L+S & w/ Lab 16 to do pre-dredge.
- He also said they hauled a lot of material away from USAF site but it stopped because of potential PCB's in our material. Concerned at fill site so they will have material checked

©1993 Franklin Quest Co. Printed in USA

- Commitments Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

SEPTEMBER 1996
**DAILY RECORD OF EVENTS**

18
WEDNESDAY

(1) Grand E. - I spoke to Jim Nordstrom (Wabasha Co. Atty.) @ 612-565-2487 & he said homeowners downstream of Wabasha are concerned about dredged material to be placed in the vicinity.
- I explained our contract & that it was not awarded yet, but low bidder wants to use a site downstream from Teepeeota Pt.
- I also said his use (not sure of contract award) is contingent upon him getting all permits & approvals.
- Jim thinks is falls under their shoreline ordinance.
- I gave Jim Larry Mattecoi's phone # & told him to call me if he had further questions.
612-330-5621

(2) NSP Site by USAF - Jack Schutz from NSP called & said: they have a potential place for dredged material. They want to fill (no rush) a couple of abandoned waste ways at the USAF dam. The waste ways were used to divert water from the spillway.
- Jim Est. that ~~one~~ is 600-700' long & 100' wide at widest x 20-30' deep & the other is only about 400' long. (I est.) capacity @ ≈ 50,000 to 75,000 yd³
- Can access from blw the spillway or from upper Pool above the intake to the hydro plant.
- Told Jack the next time I can get up there,
✓* I will call him & set up a mtg time. Have BP there too.
- He will be gone 25 Sept. to 2 Oct.

(3) Brochures - John Anfinson said he sent 500 brochures to Dank. a while back (the ones Ed H. wants). Should
✓* be 4 boxes w/ 125 per box. Find & tell Ed.

(4) Dredging at L/D 6 & 7 - Letter from Bob Whiting today. Says O.K. to dredge as proposed in DN's
✓* - Discuss w/ Dan to see if R&H is planning work.

(5) RE - Luann called Regarding mtg next wk
✓* Dig memo out & call her back.

©1993 Franklin Quest Co. Printed in USA  Classic

(1) Grand E. PreCon Mtg. 0900 in Winona
Attendance - Steve T., Steve B., Melissa G., Jeff Stanik (COE)
Dave G. & Taylor Matteson (Matteson)
↑ Onsite Quality Control Mgr for Alma pile
└ Backup " for Grand E.
↓
Jim Albers

Sub contractor - Lindburg Trucking
6 Trucks - est hauling 3000-3500 yd³/day
beginning tomorrow AM

- Contract was awarded on 20 September
NTP was issued on 4 October

Hrs of op 0700-1730 6 days/wk

- Fstne Bus Co. does not want all material Matteson planned on taking to the Co. 1 & 2 sites.
Bus Co. 1 went from 25,000 yd³ to 20,000 yd³
Bus Co. 2 went from ≈ 30,000 yd³ to 10,000 yd³

Since split bid we only have to remove 10,000 yd³
the B item is $2.60/yd³ and the 8 item for the Grand E. is $1.62/yd³ so we would be better to leave material at Alma & create more capacity at Grand E.
- Current landowner is Roland Sanderson
52½ acres
≈ 20 Ac within the 1000' setback from shoreline
Committee hearing on 24 Oct
Raise 52½ Ac by ≈ 6'
- Existing topsoil would be used to create dike & recover site upon completion
- Want to dike this fall & excavate next yr. (can't before Apr. 15)
- Effluent will be through drop structures & back to river via pipeline. (same route)

31 HALLOWEEN
THURSDAY
OCTOBER 31
1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

SEPTEMBER 1996 / NOVEMBER 1996

✓ Task Completed
→ Planned Forward
X Task Deleted
⊙ Delegated Task
• In Process

## PRIORITIZED DAILY TASK LIST

| ✓ | ABC Priority | |
|---|---|---|
| ✓ | A | MDOT / Ken Miller (10-30) |
| ✓ | A | MDOT / Dennis Cin (10-30) |
| → | | MFR Port Crosby (6-19) } 02 |
| → | | MFR Sandport (6-19) } 02 |
| → | | MFR Kellogg (7-17) 03 |
| → | | MFR Kellogg (10-28) } 05 |
| → | | MFR Winona (10-28) } 05 |
| ✓ | | Diamond Bluff Pits |

(5) Grand Encampment - I spoke to Larry Mattern Jr. He said mtg w/ Zoning Board did not go well. They will recommend to County Commissioners that permit be denied. That mtg will be on 6th ? Nov. in Wabasha. Big issues are wells/water supply, septic tanks, sand blowing, aesthetics. Mtg on 10/28 was emotional! not logical. Larry asked if we could go to next mtg & show support. Also have Dennis A go to explain well monitoring & potential Co contaminating wells. Explain to Dan & ✓✱ ask what he thinks we should do for support.
- Larry noted that 50% of local wells do not meet state or County codes.

| | | |
|---|---|---|
| → | | Call Tod |
| → | | Call Randy H. |
| → | | Keith Janzow |

## DAILY EXPENSES

## APPOINTMENT SCHEDULE

Early Morning

8

9

10

11

12

3

4

5

6

7

8

Late Evening

©1993 Franklin Quest Co. Printed in USA

- Communications Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

NOVEMBER 1996

***DAILY RECORD OF EVENTS***

**4** MONDAY

309th Day 57 Left Week 45

(1) CMMP - Note from Dan Wabaske library called + said Tecpeesta Pt. map missing. Call
✓★ 2-3 other libraries + have them check to see if it is missing. If it is, assume all libraries are missing the map and put on list to receive them.
- Col Van Epps will be in Dist. Office 6-7 Nov + will be briefed on CMMP. He needs
✓★ a copy. Check w/ Dennis Cin to see if he knows whether they got one for him.
- Dennis said it is taken care of. He took one from the box (2 left now so he put those 2 in his office to save) It was given to DE to prepend to Col Van Epps. Dennis said he was told it is not necessary to send revisions to Col Van Epps.

(2) Grand E. - Dan said we should show support. Big cost
✓★ savings to taxpayers. Get Dennis A. to go
- Dennis A. said he will go.
✓★ - Call Res. Agencies for Support.
- Scot J. not sure he will call back. (He supports but checking w/ Steve J. if he can do it in writing for the State or what)
- Gretchen - can't go to mtg. will FAX me a ltr of support.
- Bob D. Supports but would prefer Brown site to avoid social concerns. Will go to mtg or provide letter.
- Larry Mattson - He said the Co. can deny the filling of 1000' zone + also crossing Co. Rd 24 w/ pipeline.

©1993 Franklin Quest Co. Printed in USA Classic

NOVEMBER 1996

DAILY RECORD OF EVENTS

(1) Grand E. - Co Commissioners denied permit to
fill within 1000 feet of shore and denied
permit to run pipe under Co Rd 24
for placement of fill at Sanderson property
- Update OSIT
- Spoke to Rye Solom at [illegible] he's not happy
that COE would think about this
site for placement of material.
I told Rye I thought the concerns for
aesthetics & decreased property values
was overstated.
- Put a hold on MPCA permit for now

- Commitments Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

DECEMBER 1996
***DAILY RECORD OF EVENTS***

4 WEDNESDAY

(1) Brownsville - Spoke to Jim Nixon. He wants me to send him my mtg notes from 11-27 so he can write a letter ★ to Gene Shumann. Type up & FAX to him.

(2) Grand E. - Met w/ Dan K., Dave P., Judy Kruger, & Red ? (local landowner rep) to discuss use as an alt site for L.W. Matteson.

Keith Larson

I will set up a mtg (& facilitate it) between local landowner reps (approx 5 to keep it small), Matteson, County Zoning, & CO-E.
Judy Kruger will be initial POC to set up
✓★ mtg. Call Judy, Matteson, CO-E to set up mtg. within next two weeks.

©1995 Franklin Quest Co. Printed in USA Classic

- Commitments Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

DECEMBER 1996

***DAILY RECORD OF EVENTS***

**10** TUESDAY

① Grand I. - I spoke to Judy Krueger & set
Mtg up for 1000 on 18 Dec. in Webaster.
Judy will ck. avail. of Legion or Courthouse
for a mtg place. She will call back today
or Red will call me tomorrow. Type up
Kieth Larson ✓★ a short purpose statement w/mtg date,
place, & time & fax to Judy, Matteson & Co-E.
- I spoke to Dave Guillet & Larry M. Jr. & 1000 on
12/18 is good.
- I left msg for Melissa. She will call me tomorrow.
- Mtg place is Commissioners Rm. at Courthouse
② Ted K. - He will come over on Thu afternoon

③ Corps Js. - Tom Novak wants a copy of the
✓★ Roster from our mtg. yesterday. FAX
to him.

④ John Fisher - He still has not taken a CMMP.
He will go get one from Dennis Cin. Change
✓★ spreadsheet accounting for CMMP's.

- Commitments Exchanged
- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Contributions

MONTH December YEAR 1996

**DAILY RECORD OF EVENTS**

16
DATE

(1 cont) Corps IS - Terry Williams said she checked quantities at new dimensions I gave her. The only way she can get close to our quantity is w/ bottom elev. of 615 (59' blw LCP) which is 494,000 cy.
- I spoke to Dan. He said lets go with elev 680 for top of dike, 30' blw. LCP for dredging depth, + 1V:1H interior slopes. We will have a split bid w/ 100K for first item and the second item will be our total est. minus 100K.
✓ ★ - Call Terry + let her know.

(6 cont) Wabash Pit - Bob W. called + said Dennis Holme needs to get Data from Teri Albanese + they plan to have the report done by end of Jan + to us by mid Feb.
- Wait until they find data + call me back to confirm. Should be tomorrow. Then respond to city

(4 cont) Mike Co. called back + said he spoke to Bob Dolan who spoke to Heitman this AM about RE mtg tomorrow. Heitman made it sound like DNR was forcing Corps to condemn the property. Mike wants me to explain to RE that it is a partnership. Mike is upset because no contact was made w/ landowners until now, yet we've know about using these sites for a long time. Doesn't like our policy.

(B) Grand E. - Scot J. called + asked if Matteson considered promoting the Sanderson site as a Wildlife area. Once completed it would be seeded w/ native grasses + oak savanna species + possibly donated to the State or County. This could potentially improve property values.
- I will bring it up at Mtg on 12-18.

© 1989 Franklin International Institute, Inc. Form # 4001

- Journal Entry
- Thoughts & Ideas
- Agendas (telephone, meetings)
- Conversations

DECEMBER 1996

**DAILY RECORD OF EVENTS**

18 WEDNESDAY

① Grand E. Mtg - Attendance - Kieth Larson, Judy Krueger
Doug Merric, Bill Julson, Craig Wainio, Ed Passe
- Kieth Larson - questions

- Kieth Larson - discuss what was discussed on 4 Dec. set tone for pub. hearing.
- Brown site 40 acres
- Don't want it to look like what Hwy 61 looks like.

Mattson wants steps. a) ok potential site
b) They develop specific plans
c) Say OK or NO way
d)

- Drainage discussion
- Pub Notice, cmmP/EIS
- Bean Field (Jack Fitzgerald)
✓ - Call DNR to see if floodplain
- Pit by town (Bennet)
- est 200-250k cy
- Pit/Mathy
est. 200-250 K
- Barton - avg fill 4' to 15'
- seemed receptive to look at closer
- Brown - fill on interior of freeway
- Emts were that this site may be good for this proj. while we work on longer term locations.

② Dakota Barge - Jerry Kowalke - send survey of map
✓ ★ downstream of sheet 2-13.
His address is on planner from 1 wk ago.

©1993 Franklin Quest Co. Printed in USA Classic