APPLICATION FOR A LAND USE/LAND ALTERATION PERMIT

SHORELAND MANAGEMENT DISTRICT TWP. NAME Greenfield

DATE RECEIVED BY WABASHA COUNTY ______ FEE: $60.00

Name L.W. Matteson, Inc. Parcel #05.00090.03

Address #1 South Point, P.O. Box 667
Burlington, IA 52601-0667

Phone Number to call to pick up permit (319)754-6705 (Can be mailed)

Legal Description of property Sect. - 12 Twp. - 110 Range - 010 52.50 acres EX W20 acres, all W of city Rd. 24 N 1/2 SW 1/4. Twp. Section # 12

Nearest County Road 24 Township Road ______

Grading/Filling XX

Alterations: Riverbank/Wall ______ Topographic ______ Vegetation ______

Comments See Enclosures.

You must attach: A free-hand sketch showing land dimensions, building locations and distances in relation to other buildings, lot lines, roads, road right-of-ways, ordinary high water levels of rivers, lakes, streams, septic & well locations plus neighboring septics & wells if located in a subdivision or a small acreage in a developed area. Set-backs apply. Designate North. Township approval may be needed in some areas. Variances & Conditional Use Permits may also be needed. The Dept. of Natural Resources may become involved on an active basis. If there is an existing sanitary system it must be approved by the Wabasha Co. Environmental Health Dept. (800-950-2142) before any type of permit can be issued by the Wabasha Co. Zoning Office (612-565-3242), Monday-Friday, 8:30-4:00 p.m. Wells must meet required distance from septic systems. A penalty can, and will be assessed, if activity is started prior to obtaining a building permit.

If this application is incomplete it will be returned to the Applicant

Signature [signature] Date 1OCT96
DAVID GAIELLO
FOR L.W. MATTESON, INC

TO BE COMPLETED BY WABASHA COUNTY ZONING OFFICE:

Approvals needed: City/Township No____ Yes____ Date Received______
Septic System No____ Yes____ Date Received______

DEPOSITION EXHIBIT
Tagg 11
7-23-02

# Application
# For A
# Land Use/Land Alteration
# Permit

Present Owners:

Roland & Sandra Sanderson

Future Owners and Applicant:

L.W. Matteson, Inc.
#1 South Point
P.O. Box 667
Burlington, IA 52601-0667

Purpose of Permit Application

The development of the described property for placment of the sandy material from Grand Encampment Island while maintaining its integrity and availability for future uses.

Scope of Work

Placement of fill material from Grand Encampment Island.

A. Perimeter levees to be constructed from the on site topsoil. (See enclosure #1)

B. Pipelines will be routed via property of Mr Wooldridge and under County Road 24. (See enclosure #4)

C. Material will be placed over the area with an average fill of 6.0 feet. (See enclosure #1)

D. Final layout and grading to finish elevations will be accomplished utilizing the topsoil.

E. Completed site will be available for development.

List of Enclosures

#1 Designates levee and fill locations

#2 Designates location and surrounding properties

#4 Designates pipeline right of way

#5 Designates 1000 feet from shoreline


HWY 76
GUSA
HOUSES
HIGHWAY 24
PETERSON
LAKE
LEVEE
(CONSTRUCTED FROM TOPSOIL)
HOUSES
WILCOX
AREA TO BE FILLED
AVERAGE FILL TO BE
5.0 TO 6.0 FEET
LEVEE (CONSTRUCT FROM TOPSOIL)
HIGHWAY 24
BARTON
N
MORGAN


SLAGGIE
HIGHWAY 76
GUSA
N
HOUSES
LOCAL ACCESS
PETERSON LAKE
HOUSES
HIGHWAY 24
1494'±
52.5 ACRES
WILCOX
PROPOSED SITE
HIGHWAY 24
1935'±
BARTON
BARTON
MORGAN
SCHURHAMMER


BARTON
WILLCOX
MORGAN
HIGHWAY 24
HWY 96
HOUSES
LEVEE
LEVEE
LEVEE
40± Buffer Zone
Hwy 24 - P/L to be under Hwy and clear of storm-water structures.
N
HIGHWAY 24
P/L
Pipeline to be buried in driveway
Houses
Proposed Pipeline Right of way on Property of John Wooldridge
Peterson Lake


To
Steve Tupp
from
Melissa
Lot #7
From Shoreline
1000'
1000'
Morgan
S.00090.00
39 Acres
B.152, P.835
Sanderson
S.00090.03
55.3 Acres
B.169, P.840A
(including road R/W)
Charles Hughey's "Utopia"
USCARORA CURVE
NATCHEZ ROAD
NATCHEZ COURT
CO RD NO 24
RD NO
APPROXIMATE LOCATION OF SHORELINE

# L.W. Matteson, Inc.

#1 South Point, Burlington, Iowa 52601 - Phone 319-754-6705
Fax# 319-753-6740







September 19, 1996

Mr. Anthony Foster
U.S. Army Corps of Engineers
St. Paul District
190 Fifth Street East
St. Paul, MN 55101-1638

Re: DACW37-96-B-0022
Grand Excampment Excavation

Dear Tony,

Referencing your fax of September 17th, requesting that L.W. Matteson, Inc. furnish cost data to justify the portion of costs for mobilization and demobilization for bid item 0002, Grand Encampment Dredge Pile Area Site, we submit the following:

| | |
|---|---|
| Land Acquisition | $ 140,000.00 |
| Right of Way | 20,000.00 |
| Stripping of Topsoil to Build Dikes | 80,000.00 |
| Spreading Topsoil to Reclaim Land for Future Development | 70,000.00 |
| Additional Submerged Pipeline Over Previous Jobs | 20,000.00 |
| Normal Mobilization/Demobilization of Equipment | 312,000.00 |
| Total Bid Item 0002 | $ 642,000.00 |

If you have any future questions and/or comments regarding the above, please contact me at (319)754-6705.

Thank you.

Sincerely,

Lawrence W. Matteson

Lawrence W. Matteson
President

LWM/kah