CENCS-CO-MR 6 November 1996

MEMORANDUM FOR: Record

SUBJECT: Support for use of Sanderson property for placement of dredged material.

1. The Corps contract to excavate material from the Grand Encampment placement site was awarded to L.W. Matteson, Inc. (Matteson) from Burlington, IA. Matteson has proposed use of 52.5 acres currently owned by Roland and Sandra Sanderson located near Teepeeota Point. They are in the process of having its use accepted by the Corps.

2. The Corps and other resource agencies are committed to finding permanent sites for dredged material that are out of the floodplain. The Grand Encampment dredged material placement site is at capacity and needs to be excavated. Renewed capacity is required to insure the Corps has a location to place dredged material in emergency situations. The Corps identified several sites in the contract for placement of the material. However, contractors bidding on the job were not restricted to the sites identified by the Corps. Matteson took the initiative to locate an alternative site and in doing so, they were able to bid the job at 1.6 million dollars less than the government estimate (49% cost savings). This is a substantial cost savings to taxpayers.

3. The Sanderson's are in the process of clearing the trees at the site and have been planning on selling the property for the development of residential housing. Placement of dredged material at this site would raise the existing elevation by an average of 5-6 feet. Placing dredged material at the site is not necessary to prepare the site for development, but it would save taxpayers money and if graded as Matteson is proposing, it would look similar to surrounding land forms. A buffer zone of 40 feet around the entire site would remain to prevent wind erosion and to prevent adverse aesthetic impacts. The topsoil from the site would be scraped off and used to construct a containment dike for the dredged material. The dredged material will be graded to provide very gradual side slopes and gradual rolling terrain to match the surrounding land. The topsoil used for dike construction will be distributed back on top of the dredged material and seeded. As Wabasha has seen first hand, dredged material can be used beneficially for residential development. The Corps has placed large quantities of dredged material along the shoreline downstream from the State Hwy. 25 bridge. This material has been landscaped and used for development of some very nice homes.

4. The sediment characteristics of the dredged material have been tested and in general the material is a coarse grain, clean sand. The Corps will recommend a well monitoring plan to the contractor to satisfy concerns from local residents. With proper location of ponding areas and pumping of the effluent water back to the river, the Corps is confident that any chance of adverse impacts to wells would be very small. The duration of the actual dredging would be approximately one month. This short duration makes the chance for problems even smaller. Because there can be no 100% guarantee, the contractor should commit to restoring wells that are adversely impacted.



DEPOSITION EXHIBIT
Topi 12
7-23-02

5. An On-Site Inspection Team (OSIT) meeting was held on 28 October 1996 at 9:30 AM to discuss use of the Sanderson property permanently place material that would be excavated from the Grand Encampment placement site. The purpose for the OSIT meeting was to discuss issues regarding use of the Sanderson site with representatives from resource management agencies and to get recommendation on how the Corps can best implement its dredging operations. The resource agencies are aware of the local concerns but agreed that there is no reason from a resource management perspective that the site should not be used.

6. For the reasons described above, the Corps will support the use of the Sanderson property by L.W. Matteson, Inc. for placement of dredged material to satisfy their obligation to the contract to excavate material from the Grand Encampment placement site. Through the contractual agreement between the Corps of Engineers and L.W. Matteson, Inc.; the contractor (Matteson) is solely responsible for any commitments they make with local residents, the township, or Wabasha County in conjunction with the work performed on this contract. If you have any questions or comments, please call Steve Tapp at (608) 687-3011.

DEAN J. PETERSON
Mississippi River Project Manager