PE-M/Anderson
fns:encalett
encafons
encaea

**DEPARTMENT OF THE ARMY**

ST. PAUL DISTRICT, CORPS OF ENGINEERS
ARMY CORPS OF ENGINEERS CENTRE
190 FIFTH STREET EAST
ST. PAUL, MN 55101-1638

REPLY TO
ATTENTION OF

May 31, 1996

Management and Evaluation Branch
Engineering and Planning Division

Ms. Lynn Lewis
Twin Cities Field Office
U.S. Fish and Wildlife Service
4101 East 80th Street
Bloomington, Minnesota 55420

Dear Ms. Lewis:

Enclosed are the draft Environmental Assessment and Finding of No Significant Impact (FONSI) for the plan to excavate the Grand Encampment placement site at river mile 756.5 on the left descending bank in pool 4 of the Upper Mississippi River.

The purpose of the project is to restore the capacity of the Grand Encampment rehandling placement site for normal channel maintenance dredging. Around 423,000 cubic yards of old dredged material would be transferred temporarily to the Alma Marina beneficial use stockpile site at river mile 754.0 on the left descending bank in pool 4. From the Alma Marina site, the transferred material and 55,000 cubic yards of material present at the Alma Marina site would be hauled by trucks to two or more of five inland sites identified as being acceptable: Buffalo County site 1, Buffalo County site 2, Buffalo County site 3, Martin site, and Reglin site. All of the inland sites are active or historical quarries, with limited habitat quality. However, there would be some minor loss of upland hardwood forest at Buffalo County sites 1 and 2.

Excavation is scheduled to begin this summer and be completed by the fall of 1997. In addition to the five inland sites, the contractor will be given the option to provide general fill material for the Highway 37 upgrade, scheduled by the Wisconsin Department of Transportation for 1997 through 1999. This might extend the contract at least through 1998.

DEPOSITION
EXHIBIT
Anderson 26
7-23-02

Printed on Recycled Paper

Please provide any comments you may have within 30 days. If we have not received your comments by that time, we will assume you concur with our findings and we will sign the FONSI. If you have questions, please contact Dennis Anderson at 290-5272.

Sincerely,

Robert J. Whiting
Chief, Environmental Resources Section
Management and Evaluation Branch

Enclosures

Identical letters sent to:

Mr. Michael W. MacMullen
NEPA Process Manager
Office of Strategic Environmental Analysis
U.S. Environmental Protection Agency
Region 5
77 West Jackson Boulevard
Chicago, Illinois 60604-3590

Ms. Gretchen Benjamin
Wisconsin Department of Natural Resources
3550 Mormon Coulee Road
La Crosse, Wisconsin 54601

Mr. Thomas W. Balcom
Office of Planning
Minnesota Department of Natural Resources
500 Lafayette Road
St. Paul, Minnesota 55155-4010

Mr. Lawrence Zdon
Minnesota Pollution Control Agency
520 Lafayette Road
St. Paul, Minnesota 55155

Mr. Bob Drieslein
District Manager
U.S. Fish and Wildlife Service
Room 203
51 East 4th Street
Winona, Minnesota 55987

# ENVIRONMENTAL ASSESSMENT
# EXCAVATION OF GRAND ENCAMPMENT AND ALMA MARINA PLACEMENT SITES
# POOL 4, UPPER MISSISSIPPI RIVER

MAY 1996

# ENVIRONMENTAL ASSESSMENT

## EXCAVATION OF GRAND ENCAMPMENT AND ALMA MARINA PLACEMENT SITES POOL 4, UPPER MISSISSIPPI RIVER

## TABLE OF CONTENTS


1.0 INTRODUCTION . . . . . . . . . . . . . . . . . . . . . EA-1

2.0 AUTHORITY AND NEED FOR THE ACTION . . . . . . . . . . . . EA-1

3.0 PROPOSED ACTION . . . . . . . . . . . . . . . . . . . . EA-1

4.0 AFFECTED ENVIRONMENT . . . . . . . . . . . . . . . . . . EA-2
- A. Socioeconomic Resources . . . . . . . . . . . . . . EA-2
- B. Recreational Resources . . . . . . . . . . . . . . EA-3
- C. Cultural Resources . . . . . . . . . . . . . . . EA-3
- D. Water Resources . . . . . . . . . . . . . . . . . EA-3
- E. Natural Resources . . . . . . . . . . . . . . . . EA-4
- F. Threatened and Endangered Species . . . . . . . . . EA-4

5.0 ENVIRONMENTAL EFFECTS . . . . . . . . . . . . . . . . . EA-5
- A. Socioeconomic Resources . . . . . . . . . . . . . . EA-5
- B. Recreational Resources . . . . . . . . . . . . . . EA-5
- C. Cultural Resources . . . . . . . . . . . . . . . EA-6
- D. Water Resources . . . . . . . . . . . . . . . . . EA-6
- E. Natural Resources . . . . . . . . . . . . . . . . EA-6
- F. Threatened and Endangered Species . . . . . . . . . EA-6

6.0 ALTERNATIVES . . . . . . . . . . . . . . . . . . . . . EA-8

7.0 COORDINATION . . . . . . . . . . . . . . . . . . . . . EA-8

8.0 APPLICABLE ENVIRONMENTAL LAWS AND REGULATIONS . . . . EA-8


## LIST OF TABLES AND FIGURES


Table 1. Environmental Assessment Matrix. . . . . . . . . . EA-9

Figure 1. Location Map for Grand Encampment, Alma Marina, and the 5 Inland Placement Sites. . . . . . . . . . EA-10

Figure 2. Proposed Excavation at Grand Encampment Placement Site. . . . . . . . . . . . . . . . . . . . . . EA-11

Figure 3. Proposed Excavation at Alma Marina Placement Site. EA-12

ATTACHMENT 1 - CORRESPONDENCE

# ENVIRONMENTAL ASSESSMENT
# EXCAVATION OF GRAND ENCAMPMENT AND ALMA MARINA PLACEMENT SITES
# POOL 4, UPPER MISSISSIPPI RIVER

## 1.0 INTRODUCTION

The St. Paul District, Corps of Engineers (COE), has prepared this assessment of the environmental effects of a proposal to excavate the Grand Encampment and Alma Marina dredged material placement sites (Figure 1). This assessment was completed to satisfy the requirements of the National Environmental Policy Act (NEPA) of 1969, Council on Environmental Quality regulations (40 CFR 1500-1508), and COE regulations (ER 200-2-2).

## 2.0 AUTHORITY AND NEED FOR THE ACTION

The River and Harbor Act of July 3, 1930, authorized a 9-foot channel navigation project on the Upper Mississippi River. The purpose of this project is to restore the capacity of the Grand Encampment rehandling placement site and the Alma Marina beneficial use stockpile site for normal channel maintenance dredging.

## 3.0 PROPOSED ACTION

Around 423,000 cubic yards of old dredged material would be excavated from the Grand Encampment rehandling site at river mile 756.5 on the left descending bank in pool 4 of the Upper Mississippi River. This excavated material would be transferred temporarily to the Alma Marina beneficial use stockpile site at river mile 754.0 on the left descending bank in pool 4. Figures 2 and 3 show the planned excavation at the two sites. From the Alma Marina site, the transferred material and 55,000 cubic yards of material present at the Alma Marina site would be hauled by trucks to two or more of five inland sites identified as acceptable: Buffalo County site 1, Buffalo County site 2, Buffalo County site 3, Martin site, and Reglin site. The Nelson Cheese Factory site was also considered but was eliminated because of wetland concerns. The contractor would be given the option of taking the material to any of the five acceptable sites, except that the contractor would be required to place material at Buffalo County site 1, up to the capacity of the site. The contract is scheduled to be awarded in late summer 1996, and the contractor would be allowed 1 year to complete the dredged material transfer.

The contractor would also be given the option to take the material to alternative sites. Any new sites the contractor identifies would be evaluated and coordinated with the public and agencies at that time, if necessary. In addition to the five inland sites, the contractor will be given the option to provide general fill material for the Highway 37 upgrade, scheduled by the Wisconsin Department of Transportation for 1997 through 1999. This might extend the contract at least through 1998.

The Grand Encampment placement site consists of 8 acres of a confined sand disposal site. The Alma Marina disposal site consists of 4 acres of an active beneficial use stockpile site.

Buffalo County site 1 is located north of Alma off of Highway 37 adjacent to the county highway maintenance yard (T.22N, R.13W. Section 25), approximately 3 miles from the transfer location. The site dimensions and capacity will depend on the ability of Buffalo County to acquire adjoining private property to the south and east. The existing site consists of a disturbed, unvegetated stockpile area for sand, gravel, and other road maintenance and construction material, covering an estimated 1 acre. The adjoining property to the south consists of a small, active agricultural field and surrounding hardwood hillside (total estimated to be around 1 acre). The property adjoining the county property to the east consists of an upland, forested hillside, estimated to be less than 0.5 acre.

Buffalo County site 2 is located north of Alma off of County II near its junction with Highway 37 (T.22N., R.12W. Section 17). The site has limited capacity. The site consists of a small, active borrow area and adjacent grasslands and small pockets of sumac and young hardwood trees (total estimated to be around 1 acre). Buffalo County is located north of Nelson, Wisconsin, off of Highway 25 near the junction of County KK (T.23N., R.13W., Section 6), approximately 13 miles from the Alma Marina site. This site consists of an active sand quarry, covering 2 to 3 acres.

The Martin site is a privately owned site located south of Alma off of County OO near its junction with Burlington Northern Railroad (T.21N., R.12W., Section 30), approximately 6 miles from the transfer site. The site is a large, abandoned sand quarry, with sparse vegetation, at least in the area proposed for filling. The owner would like to reclaim this area, and material placed here would remain and probably be topsoiled. The site has the capacity for all the material.

The Reglin site is a privately owned site located south of Alma off of Belvidere Township's Foegen Road near its junction with the Burlington Northern Railroad (T.21N., R.12W., Section 32), approximately 7 miles from the transfer site. The site is an active sand quarry pit, in the middle of agricultural field. The site would have the capacity for all the material from the Alma Marina transfer site, if the material were stacked above the surrounding ground and/or were expanded into the surrounding agricultural field.

## 4.0 AFFECTED ENVIRONMENT

### A. Socioeconomic Resources

The project area is on the Mississippi River approximately 3 miles upstream from Lock and Dam 4. Adjacent larger Minnesota

communities are Wabasha, located 3 miles upstream from Grand Encampment. All the excavation, transfer, and final placement sites are located in Buffalo County, Wisconsin. The nearest Wisconsin city is Alma, the county seat for Buffalo County.

B. Recreational Resources

The sand beaches created from the disposal of maintenance dredged material in lower pool 4 are popular with recreational boaters. The Alma Marina is located immediately adjacent to the Alma Marina beneficial use stockpile site. In addition, the city has constructed ball fields on some of the previously placed dredged material.

C. Cultural Resources

The Mississippi River in Buffalo County, Wisconsin, exhibits a high concentration of archaeological sites, as well as a number of historic sites. These sites are found along the floodplain and bluffs and back up into the Chippewa and Buffalo River drainages. Historic sites in the area include houses, farmsteads and barns from the 1850s-1900s, remnants of a stagecoach road near Nelson, bridges, mills, and many stores and residences in Alma dating from the 1860s. Archaeological sites range from Archaic campsites (ca. 3000 B.C.) to Woodland mounds (ca. A.D. 800) to Oneota farming villages (ca. A.D. 1200).

A Corps of Engineers archaeologist visited six potential placement sites (Buffalo County sites 1, 2, and 3; Nelson Cheese Factory; and Martin and Reglin sites). No known sites exist in the immediate area of these sites, but the sites have not previously been surveyed. Inspection revealed that most of Buffalo County site 1, Buffalo County site 3, the Nelson Cheese Factory, and the Martin and Reglin sites were found to be disturbed, with no possibility of intact cultural resources. Buffalo County sites 1 and 2 had undisturbed portions, and given their situations (overlooking secondary drainages into main stream bottoms), had some potential for containing cultural resources and needing further investigation. The Wisconsin State Historic Preservation Office (SHPO) agreed with this assessment and requested a survey of those two sites. The undisturbed portion of Buffalo County site 1 was later dropped from consideration for use, but Buffalo County site 2 was surveyed and tested for archaeological material by Corps archaeologists in April 1996. Tests revealed no archaeological sites.

D. Water Resources

Pool 4, the longest pool in the St. Paul District, is approximately 44 river miles long, running from river mile 796.9 to 752.7. The pool surface area covers approximately 35,198 acres. The Corps of Engineers owns 2,900 acres. The U.S. Fish and Wildlife Service manages 2,811 acres, most of it Corps-owned land.

One large tributary, the Chippewa River, enters pool 4 and strongly influences sedimentation and water quality in the lower portion of the pool, below Lake Pepin. Smaller tributaries include the Vermillion and Cannon Rivers above Lake Pepin and the Buffalo River below Lake Pepin. Lake Pepin forms about half of the 44-mile-long pool.

E. Natural Resources

Pool 4 has a diversity of valuable fish and wildlife habitat. The project area provides habitat suitable for a variety of wildlife species. Raccoon, squirrels, rabbits, muskrat, beaver, white-tailed deer, other small mammals, and numerous songbirds make extensive use of the bottomland forest areas provided by the islands and riparian borders in the project vicinity. Numerous waterfowl use the area during fall migration. Big Lake, Robinson Lake, and Peterson Lake provide high quality fish and wildlife habitat. During the winter, the riparian areas just downstream of Lake Pepin are heavily used for roosting by bald eagles and other raptors.

Forested areas in the project vicinity are typical of wetland forest. River birch, silver maple, American elm and black willow are commonly found on river islands and riparian shorelines in the project area. Aquatic vegetation in lower pool 4 escaped the dramatic crash in vegetation that occurred in many pools in the late 1980's, apparently in response to drought conditions. Many of the backwater lakes, ponds, and sloughs still contain luxurious vegetation, although some areas are experiencing declines in vegetation.

Historically, pool 4 has ranked as one of the highest pools within the District for commercial fishing. Sport fishing is excellent throughout the pool.

F. Threatened and Endangered Species

The following Federally-listed endangered or threatened species may occur in pool 4 of the Upper Mississippi River: Higgins' eye pearly mussel (*Lampsilis higginsi*), peregrine falcon (*Falco peregrinus*), and bald eagle (*Haliaetus leucocephalus*). Bald eagles also use the general project area for breeding and migration. Construction related impacts could potentially affect short-term use of the area by bald eagles. An active bald eagle nesting site is located around 0.5 mile northeast of the Grand Encampment disposal site. According to Mr. Eric Nelson from the Upper Mississippi River National Wildlife and Fish Refuge, the nest is being used this spring and the nest has previously produced fledglings over a number of years. The distance between disposal site and nesting site, 0.5 mile, is right on the border of the maximum tertiary buffer zone (normally 0.25 to 0.5 mile) recommended by the Minnesota Department of Natural Resources in its Management Guidelines for Bald Eagle Breeding Areas.

The peregrine falcon may use the area during migrations. No nesting sites for peregrine falcon are known to exist in the immediate vicinity of any of the excavation or placement sites.

The Higgins' eye pearly mussel has not been recorded in recent times in pool 4 or in adjoining pools.

## 5.0 ENVIRONMENTAL EFFECTS

An environmental analysis has been conducted for the proposed action, and a discussion of the impacts follows. As specified by Section 122 of the 1970 Rivers and Harbors Act, the categories of impacts listed in Table 1 were reviewed and considered in arriving at the final determinations. No fill or placement of dredged material in waters of the United States would occur with the proposed project.

### A. Socioeconomic Resources

The use of heavy equipment for the excavation and transfer would generate air emissions from the use of petroleum products to run the equipment. Very localized, minor degradation of air quality would occur during this phase. Removal of the material and transport by trucks to the final placement sites would increase traffic congestion and safety concerns. Wear and tear on locally or State maintained roads would increase. The loading of trucks and transport by truck would result in minor noise and air pollution. Use of the two private sites (Reglin or Martin) would result in the greatest social impacts, because all the material would have to be transported through the city of Alma, Wisconsin.

Providing free fill material to the county at more convenient locations would have a positive economic benefit to the local government and the community. Providing fill material would have positive economic benefits to the State and the COE. Providing material at the private sites would provide positive economic benefits to the private owners, but would not generate any appreciable benefits to the local community.

### B. Recreational Resources

The inside of excavated containment sites, as would be the case for Grand Encampment, have become popular with recreational boaters, because of the protected nature of the sand beaches they provide. This positive recreation benefit at the Grand Encampment placement site would be temporary, until the area was refilled from normal channel maintenance dredging. There would be increased conflict with recreational access to the Alma Marina and ball fields because of the increased truck traffic.

No other appreciable effects on recreational resources are anticipated. Minor, temporary improvements in aesthetics would be realized with the removal of the sand pile at Grand Encampment.

C. Cultural Resources

Use of any of the six potential placement sites would have no impact on any cultural resources. No standing structures exist on the sites. Buffalo County sites 1 and 3, Nelson Cheese Factory, and the Martin and Reglin sites are previously disturbed and can contain no intact archaeological material. Survey and testing of the intact portion of Buffalo County site 2 revealed no cultural material. The cultural resources assessment has been coordinated with the Wisconsin State Historic Preservation Office (SHPO), which has agreed that no cultural resources will be affected by the use of these sites, although at the date of writing, the final comments for Buffalo County site 2 testing have not been received from the SHPO.

D. Water Resources

The excavation of the material at the two placement sites should produce only negligible effects on surface water quality. Elevated turbidity and suspended solids concentrations would occur in a localized area at the excavation sites. Sediment quality monitoring of the dredge cuts in lower pool 4 since the mid-1970's indicates the dredged material that has been placed at these sites and that would be excavated and transferred is relatively free of contaminants.

E. Natural Resources

Excavation and transfer operations would have minimal impacts on wildlife or wildlife habitat at Grand Encampment and Alma Marina because of the poor quality habitat present. Impacts on wildlife use at the final placement sites would depend on which of the final placement sites the contractor selected. Up to 2 acres of upland hardwood forest and grasslands could be destroyed at Buffalo County sites 1 and 2. Placement at the remainder of these two sites or at the other final placement sites would have minimal wildlife impacts, because of the highly disturbed habitat present.

During project construction, bird and mammal species in the project vicinity could be negatively affected by the noise and disturbance of heavy equipment operating in the area. The disturbance would be short term.

Fish and benthic species would not be adversely affected by the proposed excavation and transfer activities. The excavated disposal site would provide some temporary fish habitat, until the site was incrementally filled through normal channel maintenance dredging.

F. Threatened and Endangered Species

A biological assessment of the proposed project has been completed to determine the potential effects on the following

species: Higgins' eye pearly mussel (Lampsilis higginsi), peregrine falcon (Falco peregrinus), and bald eagle (Haliaetus leucocephalus) (see Attachment 1). The St. Paul District has determined that these species would not be affected by the proposed project.

No peregrine falcon nests have been recorded in the immediate vicinity or sighted during visits to the site. Minor disturbances during the excavation should not appreciably affect peregrine falcon use of the area during migrations.

Bald eagles use the general project area for breeding and migration. In addition, an active nest is located around 0.5 mile from the Grand Encampment placement site. Most activities associated with excavation of the Grand Encampment disposal site would be confined to the area along the main channel border and would be screened from the eagle nesting site by a series of barrier islands. The highly disturbed nature of the Grand Encampment site, which has actively been used for the last 20 years, indicates the probability of affecting the bald eagle nesting site by excavation at Grand Encampment is low. However, to minimize any potential disturbance to this nesting pair, no activities associated with the excavation at Grand Encampment will be permitted from February 10 to April 15. After April 15, commercial navigation and other uses of the river increase substantially, and the incremental increase in activity from excavation at Grand Encampment is not likely to disturb this nesting pair. No known eagle nesting sites are located close to any of the other proposed disposal sites. It is the St. Paul District's determination that there would be no project related impacts to the Higgins' eye pearly mussel, the peregrine falcon, or the bald eagle (with the avoidance measures being implemented).

The Higgins' eye pearly mussel has not been recorded in recent times in pool 4 or in adjoining pools. No in-water activities are being proposed, other than excavation of existing land to below water surface. Therefore, the proposed project should have no effect on the Higgins' eye pearly mussel or its habitat.

The proposed project would have no effects on any Federally listed threatened or endangered species or their critical habitat. The U.S. Fish and Wildlife Service concurs with this determination (Attachment 1).

Because the project would have limited impacts on natural resources and on Federally listed threatened and endangered species, project impacts on State listed species would be negligible. The Minnesota and Wisconsin Departments of Natural Resources will receive a copy of this Environmental Assessment. All comments received pertaining to protection of threatened and endangered species will be addressed.

## 6.0 ALTERNATIVES

The only other alternative considered was the no action alternative. The Grand Encampment placement site is filled to capacity and would not be able to handle much, if any, additional normal maintenance dredged material. Future maintenance dredging would require either an expansion of this site or direct placement at the Alma Marina beneficial use stockpile site. Beneficial use removal from the Alma Marina has not met predicted levels. For this reason, direct placement of all material from the lower dredge cuts is not considered practicable. In fact, because of the lower than predicted removal of material at the Alma Marina site, 55,000 cubic yards of previously placed dredged material would be removed from this site to restore capacity, under the proposed action.

## 7.0 COORDINATION

The proposed project has been coordinated with the Wisconsin Department of Natural Resources, the Minnesota Department of Natural Resources, and the U.S. Fish and Wildlife Service. The project will be coordinated with the Wisconsin State Historic Preservation Office.

This assessment will be sent to the U.S. Environmental Protection Agency and the U.S. Fish and Wildlife Service for review. It will also be made available to other agencies and the public for review and comment.

## 8.0 APPLICABLE ENVIRONMENTAL LAWS AND REGULATIONS

This assessment was prepared and the proposed work designed to comply with all applicable environmental laws and regulations, including the following:

1) National Environmental Policy Act of 1969.
2) Executive Order 11514, Protection and Enhancement of Environmental Quality (as amended in Executive Order 11991).
3) Executive Order 11593, Protection and Enhancement of the Cultural Environment.
4) Executive Order 11990, Protection of Wetlands.
5) Clean Air Act of 1977.
6) Clean Water Act of 1977.
7) Endangered Species Act of 1973.
8) Fish and Wildlife Coordination Act.
9) National Historic Preservation Act.
10) 40 CFR 1500-1508, Council on Environmental Quality, Regulations for Implementing Procedural Provisions of the National Environmental Policy Act of 1969.

Table 1. Environmental Assessment Matrix.

# Table 1. ENVIRONMENTAL ASSESSMENT MATRIX

Section 122 of the River and Harbor and Flood Control Act of 1970 (P.L. 91-611)

EXCAVATION OF GRAND ENCAMPMENT PLACEMENT SITE, POOL 4, UPPER MISSISSIPPI RIVER

| PARAMETER | MAGNITUDE OF PROBABLE EFFECTS | | | | | | |
|---|---|---|---|---|---|---|---|
| | BENEFICIAL EFFECT | | | NO APPRECIABLE | ADVERSE EFFECT | | |
| | SIGNIFICANT | SUBSTANTIAL | MINOR | EFFECT | MINOR | SUBSTANTIAL | SIGNIFICANT |
| A. SOCIAL EFFECTS | | | | | | | |
| 1. Noise Levels | | | | | X | | |
| 2. Aesthetic Values | | | | X | | | |
| 3. Recreational Opportunities | | | X | | | | |
| 4. Transportation | | | | X | | | |
| 5. Public Health and Safety | | | | X | | | |
| 6. Community Cohesion (Sense of Unity) | | | | X | | | |
| 7. Community Growth & Development | | | X | | | | |
| 8. Business and Home Relocations | | | | X | | | |
| 9. Existing/Potential Land Use | | | | X | | | |
| 10. Controversy | | | | X | | | |
| B. ECONOMIC EFFECTS | | | | | | | |
| 1. Property Values | | | | X | | | |
| 2. Tax Revenues | | | | X | | | |
| 3. Public Facilities and Services | | | | X | | | |
| 4. Regional Growth | | | | X | | | |
| 5. Employment | | | | X | | | |
| 6. Business Activity | | | | X | | | |
| 7. Farmland/Food Supply | | | | X | | | |
| 8. Commercial Navigation | | | | X | | | |
| 9. Flooding Effects | | | | X | | | |
| 10. Energy Needs and Resources | | | | X | | | |
| C. NATURAL RESOURCE EFFECTS | | | | | | | |
| 1. Air Quality | | | | | X | | |
| 2. Terrestrial Habitat | | | | | X | | |
| 3. Wetlands | | | | X | | | |
| 4. Aquatic Habitat | | | X | | | | |
| 5. Habitat Diversity and Interspersion | | | | X | | | |
| 6. Biological Productivity | | | | X | | | |
| 7. Surface Water Quality | | | | | X | | |
| 8. Water Supply | | | | X | | | |
| 9. Groundwater | | | | X | | | |
| 10. Soils | | | | X | | | |
| 11. Threatened or Endangered Species | | | | X | | | |
| D. CULTURAL RESOURCE EFFECTS | | | | | | | |
| 1. Historic Architectural Values | | | | X | | | |
| 2. Pre-Historic and Historic Archeological Values | | | | X | | | |

Figure 1. Location Map for Grand Encampment, Alma Marina, and the 5 Inland Placement Sites.

● GEN ENG
○ NTO
○ NTOR
○ GEOTECH
○ STR ENG
○ MEA




LEGEND:

- HIGHWAY/ROAD
- RIVER/LAKE
- ISLANDS
- ● POTENTIAL DREDGE MATERIAL PLACEMENT SITES

NOTES:

1. LOCATION OF SITES SHOWN ARE APPROXIMATE.
2. GRAND ENCAMPMENT & ALMA DREDGED MATERIAL PILES AND ALL POTENTIAL PLACEMENT SITES SHOWN ARE LOCATED IN BUFFALO COUNTY, WISCONSIN.

| REFERENCES: | DWG. NO. |
|---|---|
| ALMA MARINA DREDGED MATERIAL PILE PLAN AND SECTION | 60/12 |
| GRAND ENCAMPMENT DREDGED MATERIAL PILE PLAN AND SECTION | 60/14 |

| SYMBOL | DESCRIPTION | DATE | APPROVAL |
|---|---|---|---|
| | | | |

FTR/BCO

DEPARTMENT OF THE ARMY
ST. PAUL DISTRICT, CORPS OF ENGINEERS
ST. PAUL, MINNESOTA

AE APPROVING OFFICIAL:

DESIGNED: JJG
CHECKED:
DRAWN: JJG
DESIGNED:

CONTRACT DRAWING
GRAND ENCAMPMENT EXCAVATION
CHANNEL MAINTENANCE - MISSISSIPPI RIVER
POOL 4 BUFFALO COUNTY, WI
VICINITY MAP
DREDGED MATERIAL PILE & PLACEMENT SITE LOCATIONS AND LEGEND

Figure 2. Proposed Excavation at Grand Encampment Placement Site.


GEN ENG
HYD
HYDR
GEOTECH
STR ENG
MEA
VERTICAL CONTROL (V.C.):
#1 - P.K. NAIL ELEV. = 100.0
47.14' TO POWER POLE FOR R.R. METER
27.1' TO POWER POLE (E9A012)
#2 - 3/4" IRON PIPE ELEV. = 105.3 200' SOUTHEAST OF #1, ALONG EASTERN TOE OF PILE
#3 - 3/4" IRON PIPE ELEV. = 103.7 320' SOUTHWEST OF #2, ON EMBANKMENT
TO HWY 35
BURLINGTON NORTHERN RAILROAD
EASTERN TOE OF DREDGED MATERIAL PILE
V.C.#1
V.C.#2
V.C.#3
MARINA ACCESS LOCATION FOR THE UNLOADING OF GRAND ENCAMPMENT
MARINA DOCKING
TO MARINA OFFICE
ALMA MARINA DREDGE MATERIAL PILE TO BE REMOVED
WESTERN TOE OF DREDGED MATERIAL PILE (TOP EDGE OF EXISTING EMBANKMENT)
PLAN VIEW
ALMA MARINA DREDGED MATERIAL PILE
APPROXIMATE SCALE IN FEET
NOTES:
1. ELEVATIONS, DISTANCES AND LOCATION OF FEATURES SHOWN ARE APPROXIMATE.
2. TOPOGRAPHY SURVEYED MARCH 1996.
3. EXISTING TOPOGRAPHY MAY VARY FROM TOPOGRAPHY SHOWN. ELEVATIONS BASED ON ARBITRARY DATUM WITH VERTICAL CONTROL POINT #1 SET AT ELEVATION 100.0.
4. CONTRACTOR SHALL STAKE THE PERIMETER OF THE DREDGED MATERIAL PILE TO DENOTE EXCAVATION LIMITS FOR GOVERNMENT APPROVAL, PRIOR TO COMMENCING ANY EXCAVATION.
5. WORK LIMITS SHALL BE 10' FROM THE APPROVED PERIMETER EXCAVATION LIMITS. EXCEPT ON THE EASTERN SIDE OF THE DREDGED MATERIAL PILE THE BURLINGTON NORTHERN RAILROAD PROPERTY LINE SHALL BE THE WORK LIMIT.
6. ALL MARINA ROADS ARE TO REMAIN OPEN TO THE PUBLIC AT ALL TIMES.
EXISTING GROUND LINE (ALMA MARINA DREDGED MATERIAL PILE)
EASTERN TOE OF DREDGED MATERIAL PILE
WESTERN TOE OF DREDGED MATERIAL PILE (TOP OF EXISTING EMBANKMENT)
MATERIAL TO BE REMOVED
BOTTOM OF EXCAVATION TO BE AT ELEVATION OF EASTERN TOE
ELEVATION
SECTION
ALMA MARINA DREDGE MATERIAL PILE
SCALE: AS SHOWN
SYMBOL
DESCRIPTION
DATE
APPROVAL
FTR/8CO
DEPARTMENT OF THE ARMY
ST. PAUL DISTRICT, CORPS OF ENGINEERS
ST. PAUL, MINNESOTA
AE APPROVING OFFICIAL:
CONTRACT DRAWING
GRAND ENCAMPMENT EXCAVATION
CHANNEL MAINTENANCE - MISSISSIPPI RIVER
POOL 4
BUFFALO COUNTY, WI
EXCAVATION
ALMA MARINA DREDGED MATERIAL PILE
PLAN AND SECTION
DESIGNED: JJG
CHECKED:
DRAWN: JJG
DESIGNED:
CHECKED:
CAD FILE NAME: ALMAPILE.DGN
DRAWING NUMBER:
SHT 3

FIGURE 2

**Figure 3. Proposed Excavation at Alma Marina Placement Site.**



GEN ENG
HYD
HYDR
GEOTECH
STR ENG
MEA
SHORELINE ON DATE OF SURVEY, 16-21 DEC '95
TOE OF EXISITING DREDGED MATERIAL PILE
TO PBM 144
TRAV.PT.#1
TRAV.PT.#2
TRAV.PT.#3
TRAV.PT.#4
TBB (GET)
BASELINE FOR SECTIONS
GRAND ENCAMPMENT DREDGED MATERIAL PILE TO BE REMOVED
MISSISSIPPI RIVER
FLOW
100' WIDE ACCESS CHANNEL
PLAN VIEW
GRAND ENCAMPMENT DREDGED MATERIAL PILE
SCALE IN FEET
NOTES:
1. ELEVATIONS REFER TO MEAN SEA LEVEL (N.G.V.D. 1912 ADJ.)
2. TOPOGRAPHY SURVEYED DECEMBER 1995.
3. EXISTING TOPOGRAPHY MAY VARY FROM TOPOGRAPHY SHOWN.
4. WORK LIMITS ARE TOE OF EXISTING DREDGED MATERIAL PILE.
5. EXCEPT AT ACCESS LOCATION, A PERIMETER LEVEE SHALL BE LEFT IN PLACE WITH A TOP ELEVATION OF 676.7, TOP WIDTH OF 10', AND INTERIOR SIDE SLOPES NO STEEPER THAN 1V ON 3H.
6. ACCESS INTO THE DREDGED MATERIAL PILE IS LIMITED TO THAT SHOWN.
ELEVATION
BASELINE
EXISTING GROUND LINE (GRAND ENCAMPMENT DREDGED MATERIAL PILE)
MATERIAL TO BE REMOVED
BOTTOM ELEV. 656.7
EL. 676.7
MISSISSIPPI RIVER (NAVIGATION CHANNEL SIDE)
LCP 666.7 @ RM 754.0
SECTION
GRAND ENCAMPMENT DREDGED MATERIAL PILE
SCALE: AS SHOWN
REFERENCES:
CONTROL DATA
DWG. NO.
SYMBOL
DESCRIPTION
DATE
APPROVAL
FTR/BCO
DEPARTMENT OF THE ARMY
ST. PAUL DISTRICT, CORPS OF ENGINEERS
ST. PAUL, MINNESOTA
AE APPROVING OFFICIAL:
CONTRACT DRAWING
GRAND ENCAMPMENT EXCAVATION
CHANNEL MAINTENANCE - MISSISSIPPI RIVER
POOL 4
BUFFALO COUNTY, WI
DREDGING
GRAND ENCAMPMENT DREDGED MATERIAL PILE
PLAN AND SECTION
DESIGNED: JJG
CHECKED:
DRAWN: JJG
CAD FILE NAME: GEPILE.DGN
SOL. NO: DACW37-96-B-0022
DRAWING NUMBER
M-P4-60/14
SHT 5
OF 5
FIGURE 3

ATTACHMENT 1 - CORRESPONDENCE

PE-M/Anderson
fn:encamp.end

**DEPARTMENT OF THE ARMY**
ST. PAUL DISTRICT, CORPS OF ENGINEERS
ARMY CORPS OF ENGINEERS CENTRE
190 FIFTH STREET EAST
ST. PAUL, MN 55101-1638

REPLY TO
ATTENTION OF

April 17, 1996

Management and Evaluation Branch
Engineering and Planning Division

Ms. Lynn Lewis
Twin Cities Field Office
U.S. Fish and Wildlife Service
4101 East 80th Street
Bloomington, Minnesota 55420

Dear Ms. Lewis:

The St. Paul District, Corps of Engineers is planning to excavate the Grand Encampment temporary disposal site at river mile 756.5 on the left descending bank in pool 4 of the Upper Mississippi River. Around 350,000 cubic yards of old dredged material would be temporarily transferred to the Alma Marina beneficial use stockpile site at river mile 754.0 on the left descending bank in pool 4 of the Upper Mississippi River. From the Alma Marina site, the material would be hauled by trucks to two or more of five identified inland sites: Buffalo County Site 1, Buffalo County Site 2, Buffalo County Site 3, Martin Site, and Reglin Site. The contractor would be given the option to take the material to any of these sites, with the exception that the contractor would be required to place material at Buffalo County Site 1, up to the capacity of the site. The contractor would also be given the option to take the material to alternative sites. Any new sites the contractor identifies would be coordinated for potential impacts on endangered and threatened species at that time. The contract is scheduled to be awarded in late summer, with the contractor being allowed a year to complete the dredged material transfer.

The Grand Encampment disposal site consists of 8 acres of a confined sand disposal site, and the Alma Marina disposal site consists of 7 acres of an active beneficial use stockpile site. Buffalo County Site 1 is located north of Alma off of Highway 37 adjacent to the county highway maintenance yard (T.22N, R.13W., Section 25), approximately 3 miles from the transfer location. The site dimensions and capacity will depend on the ability of Buffalo County to acquire adjoining private property to the south and east. The existing site consists of a disturbed, unvegetated stockpile area for sand, gravel, and other road maintenance and construction material, covering an estimated 1 acre. The adjoining property to the south consists of a small, active agricultural field and surrounding hardwood hillside (total estimated to be around 1 acre). The property adjoining the

Printed on Recycled Paper

county property to the east consists of an upland, forested hillside, estimated to be less than 0.5 acre. Buffalo County Site 2 is located north of Alma off County II near its junction with Highway 37 (T.22N., R.12W., Section 17). The site has limited capacity, less than 30,000 cubic yards. The site consists of a small, active borrow area and adjacent grasslands and sumac and young hardwood trees (total estimated to be around 1 acre). Buffalo County is located north of Nelson, Wisconsin, off of Highway 25 near the junction of County KK (T.23N., R.13W., Section 6), approximately 13 miles from the Alma Marina Site. This site consists of an active sand quarry, covering 2 to 3 acres. The Martin Site is a privately owned site located south of Alma off of County OO near its junction with the Burlington Northern Railroad (T.21N., R.12W., Section 30), approximately 6 miles from the transfer site. The site is a large abandoned sand quarry, with sparse vegetation, at least in the area proposed for filling. The owner would like to reclaim this area, and material placed here would remain and probably would be topsoiled. The site has the capacity for all the material. The Reglin Site is a privately owned site located south of Alma off of Belvidere Township's Foegen Road near its junction with the Burlington Northern Railroad (T.21N., R.12W., Section 32), approximately 7 miles from the transfer site. The site is an active sand quarry pit, in the middle of an agricultural field. The site would have the capacity for all the material from the Alma Marina transfer site, if the material were stacked above the surrounding ground and/or were expanded into the surrounding agricultural field.

In accordance with the Endangered Species Act, we wish to obtain your comments on the potential impacts of this project upon federally designated threatened and endangered species. Three federally protected species can be found in the general project area: the bald eagle (*Haliaetus leucocephalus*), the peregrine falcon (*Falco peregrinus*), and the Higgins' eye pearly mussel (*Lampsilis higginsi*). The peregrine falcon is distributed throughout North America. It nests primarily on cliffs, sides of buttes, slopes and riverbanks, occasionally in trees and man-made structures. The peregrine falcon is known to breed within the project area, but is more common during migration. No known nesting sites are located within the general project vicinity that could be affected by the proposed project. The Higgins' eye pearly mussel has not been recorded in recent times in lower pool 4 or in adjoining pools. No in-water fill or disposal activities are being proposed; therefore, there should be no impacts on *L. higginsi*. Bald eagles also use the general project area for breeding and migration. Construction-related impacts could potentially affect short-term use of the area by bald eagles. An active bald eagle nesting site is located around 0.5 mile northeast of the Grand Encampment disposal site. According to Mr. Eric Nelson from the Upper Mississippi River National Wildlife and Fish Refuge, the nest is being used this spring and the nest has previously produced fledglings over a number of years. The distance between disposal site and nesting

site, 0.5 mile, is right on the border of the maximum tertiary buffer zone (normally 0.25 to 0.5 mile) recommended by the Minnesota Department of Natural Resources in its Management Guidelines for Bald Eagle Breeding Areas. Most of the activities associated with excavation of the Grand Encampment disposal site would be confined to the area along the main channel border and would be screened from the eagle nesting site by a series of barrier islands. The highly disturbed nature of the Grand Encampment site, which has actively been used for the past 20 years, indicates the probability of affecting the bald eagle nesting site by excavation at Grand Encampment is low. However, to minimize any potential disturbance to this nesting pair, no activities associated with the excavation at Grand Encampment will be permitted from February 10 to April 15. After April 15, commercial navigation and other uses of the river increase substantially, and the incremental increase in activity from excavation at Grand Encampment is not likely to disturb this nesting pair. No known eagle nesting sites are located close to any of the other proposed disposal sites. It is the St. Paul District's determination that there would be no project related impacts to the Higgins' eye pearly mussel, the peregrine falcon, or the bald eagle (with the avoidance measures being implemented).

We would appreciate receiving your comments on our determination. If you have any questions or comments regarding this project, please contact Mr. Dennis Anderson at 290-5272.

Sincerely,

/S/

Robert J. Whiting
Chief, Environmental Resources Section
Management and Evaluation Branch

United States Department of the Interior

FISH AND WILDLIFE SERVICE
Twin Cities Field Office
4101 East 80th Street
Bloomington, Minnesota 55425-1665

IN REPLY REFER TO:
FWS/AFWE-TCFO

MAY 02 1996

Mr. Robert J. Whiting
Chief, Environmental Resources Section
St. Paul District
U.S. Army Corps of Engineers
190 Fifth Street East
St. Paul, Minnesota 55101-1638

Dear Mr. Whiting:

This responds to your April 17, 1996, letter regarding the proposal to excavate the Grand Encampment disposal site in Buffalo County, Minnesota.

We have reviewed the information included with your letter and provide the following comments for your consideration.

Endangered Species Comments

Under Section 7(c) of the Endangered Species Act, Federal agencies are required to obtain information from the Fish and Wildlife Service concerning any species, listed or proposed to be listed, which may be present in the area of a proposed action. Therefore, we are sending you the following list of species which may be present in the concerned area:

Bald eagle (Haliaeetus leucocephalus)

Peregrine falcon (Falco peregrinus)

Higgins' eye pearly mussel (Lampsilis higginsii)

There is no designated critical habitat in the project area.

The nature of the subject project indicates that diurnal perches, roost sites, food sources, or other preferred habitat will not be affected. Therefore, we concur with your determination that the project will not affect the bald eagle or the peregrine falcon. Further, with no in-water fill proposed and with no excavation planned in endangered mussel habitat, the project is not likely to adversely affect the Higgins' eye pearly mussel.

This precludes further action on this project as required under Section 7 of the Endangered Species Act of 1973, as amended. Should this project be modified or new information indicate endangered species may be affected, consultation should be reinitiated.

We appreciate this opportunity to provide our comments. If you have any questions or if we can be of further assistance, please contact Paul Burke, of this office, by calling (612) 725-3548.

Sincerely,

Lynn Lewis

Lynn Lewis
Field Supervisor

DEPARTMENT OF THE ARMY
ST. PAUL DISTRICT, CORPS OF ENGINEERS
ARMY CORPS OF ENGINEERS CENTRE
190 FIFTH STREET EAST
ST. PAUL, MN 55101-1638

REPLY TO
ATTENTION OF

Management and Evaluation Branch
Engineering and Planning Division

## FINDING OF NO SIGNIFICANT IMPACT

In accordance with the National Environmental Policy Act of 1969, the St. Paul District, Corps of Engineers, has assessed the environmental impacts of the following project.

Grand Encampment Placement Site Excavation
River Mile 756.5 on the Left Descending Bank
Pool 4, Upper Mississippi River

The purpose of this project is to restore the capacity of the Grand Encampment rehandling placement site for normal channel maintenance dredging. Around 423,000 cubic yards of old dredged material would be transferred temporarily to the Alma Marina beneficial use stockpile site at river mile 754.0 on the left descending bank in pool 4. From the Alma Marina site, the transferred material and 55,000 cubic yards of material present at the Alma Marina site would be hauled by trucks to two or more of five inland sites identified as being acceptable: Buffalo County site 1, Buffalo County site 2, Buffalo County site 3, Martin site, and Reglin site. The material could also be used for the Highway 37 upgrade. There would be short-term, localized, minor adverse impacts on water and air quality and on recreational use with the excavation and transfer of the material. Because of the highly degraded nature of the Grand Encampment and Alma Marina placement sites, only minimal impacts on fish and wildlife resources would occur. All of the inland sites are active or historical quarries, with limited habitat quality. However, there would be some minor loss of upland hardwood forest at Buffalo County sites 1 and 2.

This finding of no significant impact is based on the fact that no significant environmental impacts were identified as resulting from the proposed actions. The environmental review indicates the proposed actions do not constitute a major Federal action significantly affecting the quality of the human environment. Therefore, an environmental impact statement will not be prepared.

________________________
Date

J. M. Wonsik
Colonel, Corps of Engineers
District Engineer

Printed on Recycled Paper