NAC / Schwalbe M

**DEPARTMENT OF THE ARMY**
ST. PAUL DISTRICT, CORPS OF ENGINEERS
ARMY CORPS OF ENGINEERS CENTRE
190 FIFTH STREET EAST
ST. PAUL, MN 55101-1638

REPLY TO ATTENTION OF

August 29, 1996

ADVANCE COPY

Contracts Branch
Contracting Division

SUBJECT: Solicitation No. DACW37-96-B-0022 - Grand Encampment Excavation, Mississippi River, Alma, Wisconsin

RECEIVED
SEP 16 1996
U.S. ARMY ENGINEER DISTRICT-ST. PAUL
EASTERN AREA OFFICE

Mr. Larry W. Matteson, President
L.W. Matteson, Inc.
#1 South Point, PO Box 667
Burlington, IA 52601

Dear Mr. Matteson:

As you are aware, this agency recently conducted the public bid opening for the subject solicitation at the time and place specified therein. As a result of that bid opening, your firm is currently recognized as the apparent low bidder. It is our objective at this time to initiate actions necessary to confirm that your firm is in compliance with all of the essential requirements of the solicitation.

A review of bid schedule provided by your firm in response to this solicitation shows your bid price of $1,693,000.00.

The following bid results are provided for your review:

| | | |
|---|---|---|
| Number of bids received | : | Six (6) |
| low bid | : | $1,693,000.00 |
| high bid | : | $5,200,000.00 |
| average bid | : | $3,166,750.00 |
| Government Estimate | : | $3,307,700.00 |

Request that you accomplish the following actions concerning the bid submitted by your firm.

(1) review all of the requirements of the solicitation. **Ensure that you clearly understand all of the services/materials that are to be provided by your firm under terms of any resulting contract. This includes all changes that were incorporated into the solicitation via amendments 0001 and 0004.**

Please review your bid submitted in particular, for Contract Line Item Numbers (CLINS) 0001AA, 0001AB, 0002, 0003AA, 0003AB as our evaluation reveals a disparity between your bid and certain other bidders.

MATTESON, JR
EXHIBIT
7/24/02 32 LM

Printed on Recycled Paper

(2) after such review, confirm that your bid price of $1,693,000.00 is accurate and complete. In the event that you determine this price to be accurate, request that you provide to this office written confirmation certifying that you have reviewed **all of the requirements of the solicitation**, including amendments 0001 and 0004, and that you have verified your bid price of $1,693,000.00.

(3) in the event that your investigation discloses any apparent mistake in your bid, then you should immediately notify this office, in writing, of this finding. We will subsequently furnish your office with complete instructions for addressing this issue.

We are interested in accomplishing all administrative matters regarding this proposed acquisition at the earliest opportunity. To facilitate this objective, we request that you provide the requested information at you **earliest** convenience, but not later than September 04, 1996. A facsimile copy with originals to follow will be completely acceptable.

Please address all correspondence to :

Department of the Army
St. Paul District, Corps of Engineers
Contracting Division (CENCSCT)
190 Fifth Street East
St. Paul, MN 55101-1638

Facsimile : (612) 290-5706

Should you require any assistance in this matter, Please contact Mr. Anthony Foster of this office at (612) 290-5415.

Sincerely,

Marilyn Aird

Marilyn Aird
Contracting Officer