INC.

, Inc.

#1 South Point, Burlington, Iowa Phone 319-754-6705
Fax# 319-753-6740







**VIA FACSIMILE (612)290-5706**

September 4, 1996

Ms. Marilyn Aird, Contracting Officer
Department of the Army
St. Paul District Corps of Engineers
Contracting Division (CENCSCT)
190 Fifth Street East
St. Paul, MN 55101-1638

Re: DACW37-96-B-0022 - Grand Encampment Excavation,
Mississippi River, Alma, Wisconsin

Dear Ms. Aird,

After reviewing all of the requirements of the above referenced solicitation, including Amendments 0001 through 0004, L.W. Matteson, Inc. has determined the bid price of $1,693,000 to be accurate.

Thank you.

Sincerely,

Larry W. Matteson

Larry W. Matteson
Vice President

LWM/kah

MATTESON JR.
EXHIBIT
7/24/02 33