MAR-17-97 MON 10:14 AM L.W. MATTESON, INC. FAX NO. 319 753 6740 P. 1

# L.W. Matteson, Inc.

#1 South Point, Burlington, Iowa 52601 - Phone 319-754-5705
Fax# 319-753-6740







# FAX COVER LETTER

THIS FAX TRANSMITTAL CONSISTS OF ONE (1) PAGES (INCLUDING THIS COVER)

TO: MELISSA GULAN DATE 3/17/97

FIRM/COMPANY: U.S. ARMY CORPS OF ENGINEERS - EASTERN AREA OFFICE

FAX NUMBER: (507)454-4963

TELEPHONE NUMBER: (507)454-6150

FROM: LARRY MATTESON

FIRM/COMPANY L.W. MATTESON, INC.

FAX NUMBER: (319)753-6740

TELEPHONE NUMBER: (319)754-6705

COMMENTS: RE: GRAND ENCAMPMENT EXCAVATION - DACW37-96-C-0030

WE ARE PRESENTLY NEGOTIATING WITH JOHN BROWN TO GET PERMISSION TO PLACE SAND ON HIS PROPERTY. THIS PROPERTY HAS ALREADY HAD TENTATIVE APPROVAL FROM THE CORPS PRIOR TO THE BID DATE. ONCE AN AGREEMENT HAS BEEN MADE WITH MR. & MRS. BROWN, WE WILL ENDEAVOR TO GET A PIPELINE RIGHT-OF-WAY AND APPROVAL FROM THE LOCAL BOARD. I SHOULD KNOW SOMETHING FROM THE BROWN'S THIS WEEK.

THANK YOU -

MATTESON JR
EXHIBIT
7/24/02 44

FAXED BY: Ken Harris TIME SENT: 9:51 am