David -

Roland & Sandy Sanderson received this application and do not want to pay for it.

The zoning lady is also giving them alot of flak about what I have hi-lighted and of course the neighbors are upset.

What I have hi-lighted, will we have any problems?? Can we over-ride it?? Sanderson's do want this to close as soon as possible so its' a done deal!!

Please call me -

Thanks,
Shar

RECEIVED
SEP 18 1996
By______

GUILLOT
EXHIBIT 51
7/25/02 jm

APPLICATION FOR A CONDITIONAL USE PERMIT

SHORELAND MANAGEMENT DISTRICT TWP. NAME________________

DATE RECEIVED BY
WABASHA COUNTY________________ FEE: $150.00________

Name________________________________ Parcel #________________

Address________________________________________________

Phone # to call to pick up permit________________ (Can be mailed)

Legal description of property________________________________

________________________________ Twp. Section #______

Nearest County Road____________ Township Road____________

Fire Number__________ (If unknown please call the Wabasha County Sheriff's Office at 612-565-3361 for this information)

Please explain reason for application________________________

________________________________________________________

________________________________________________________

________________________________________________________

You must provide a list of the names & addresses of owners of record of land laying within 500 feet of the above property.

________________________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

The Wabasha County Planning Commission meets on the 4th Monday of each month to review applications. The completed application must be received in the Zoning Office prior to the 1st Thursday of the month in order to be published in the official county newspaper as required by Minnesota Statutes 394.26.

If the application is incomplete it will be returned to the applicant.

Signature________________________ Date________________

(5) stairways, lifts, and landings must be located, whenever practical, in the most visually inconspicuous portions of lots, as viewed from the surface of the public water assuming summer, leaf-on conditions, whenever practical; and

(6) facilities such as ramps, lifts, or mobility paths for physically handicapped persons are also allowed for achieving access to shore areas, provided that the dimensional and performance standards of subitems (1) to (5) are complied with in addition to the requirements of Minnesota Regulations, Chapter 1340.

D. Significant Historic Sites. No structure may be placed on a significant historic site in a manner that affects the values of the site unless adequate information about the site has been removed and documented in a public repository.

E. Steep Slopes. The Zoning Administrator must evaluate possible soil erosion impacts and development visibility from public waters before issuing a permit for construction of sewage treatment systems, roads, driveways, structures, or other improvements on steep slopes. When determined necessary, conditions must be attached to issued permits to prevent erosion and to preserve existing vegetation screening of structures, vehicles, and other facilities as viewed from the surface of public waters, assuming summer leaf-on vegetation.

5.3 Shoreland Alterations

5.31 Vegetation Alterations

A. Vegetation alteration necessary for the construction of structures and sewage treatment systems and the construction of roads and parking areas regulated by Section 5.4 of this ordinance are exempt from the vegetation alteration standards that follow.

B. Removal or alteration of vegetation, except for agricultural and forest management uses as regulated in Subsections 5.62 and 5.63, respectively, is allowed subject to the following standards:

(1) intensive vegetation clearing within the shore and bluff impact zones and on steep slopes is not allowed. Intensive vegetation clearing for forest land conversion to another use outside of these areas is allowable as a conditional use if an erosion control and sedimentation plan is developed and approved by the soil and water conservation district.

(2) in shore and bluff impact zones and on steep slopes, limited clearing of trees and shrubs and cutting, pruning, and trimming of trees is allowed to provide a view to the water from the principal dwelling site and to accommodate the placement of stairways and landings, picnic areas, access paths, livestock watering areas, beach and watercraft access areas, and permitted water-oriented accessory structures or facilities, provided that:

(a) the screening of structures, vehicles, or other facilities as viewed from the water, assuming summer, leaf-on conditions, is not substantially reduced;

(b) along rivers, existing shading of water surfaces is preserved;