**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| L. W. MATTESON, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | Case No. 01-542C |
| | ) | (Judge Lawrence J. Block) |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME**
**TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now Plaintiff L.W. Matteson, Inc. ("Matteson") by and through its attorneys of record and respectfully requests an extension of time to respond to Defendant's Motion for Summary Judgment. In support of its Motion, Plaintiff states as follows:

1. On or about July 16, 2003 Defendant filed its Motion for Summary Judgment and served it on Plaintiff.

2. Plaintiff's response to the Motion for Summary Judgment is due on or before August 17, 2003.

3. Plaintiff respectfully requests additional time up through September 30, 2003 to submit its response to Defendant's Motion for Summary Judgment. The extension of time is needed because the record in the case is complex and voluminous. In addition, Plaintiff's counsel has been pressed with other matters and begins a two week jury trial on August 25, 2003. The trial involves Stephen R. Miller and Michael T. Metcalf, the only attorneys working on this matter for Plaintiff. As a result, additional time up through September 30, 2003 is needed to adequately review the record and prepare the response to the Motion for Summary Judgment.

4. This matter is not currently set for trial and there are no other deadlines currently pending. No party will be prejudiced by the requested extension of time. The extension is sought not for the purposes of delay, but in the interest of justice and to allow Plaintiff adequate time to respond to the Motion for Summary Judgment.

5. Counsel for Defendant has been consulted and does not oppose Plaintiff's requested extension.

WHEREFORE, for the reasons set forth herein Plaintiff respectfully requests that the Court grant it additional time up to and including September 30, 2003, to respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

MILLER LAW FIRM, P.C.

__s/Stephen R. Miller________

Stephen R. Miller, Mo. Bar #33344
Michael T. Metcalf, Mo. Bar #45304
4310 Madison Avenue
Kansas City, Missouri 64111
Telephone: (816) 531-0755
Facsimile: (816) 561-6361

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing was served upon the following persons by facsimile and United States Mail, postage prepaid, this 13th day of August, 2003.

John Einstman
Patricia M. McCarthy
Commercial Litigation Branch
Civil Division
U.S. Dept. of Justice
Attention: Classification Unit
8th Floor, 1100 L Street N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

__s/Stephen R. Miller________
Attorney for Plaintiff
mot 2 extend disc deadline apr 25.doc