# Wabasha County Zoning Ordinance

Adopted July 17, 2001
Effective September 1, 2001

# TABLE OF CONTENTS


| | | Page |
|---|---|---|
| ARTICLE 1 | GENERAL PROVISIONS | 1-1 |
| Section 1. | Title | 1-1 |
| Section 2. | Purpose | 1-2 |
| Section 3. | Jurisdiction | 1-2 |
| Section 4. | Scope | 1-2 |
| Section 5. | Interpretation | 1-2 |
| Section 6. | Severability | 1-2 |
| ARTICLE 2 | RULES AND DEFINITIONS | 2-1 |
| Section 1. | Rules | 2-1 |
| Section 2. | Definitions | 2-1 |
| ARTICLE 3 | PERFORMANCE STANDARDS | 3-1 |
| Section 1. | Purpose and Intent | 3-1 |
| Section 2. | Nuisance Standards | 3-1 |
| Section 3. | Building Regulations | 3-2 |
| Section 4. | Lot Area Requirements | 3-2 |
| Section 5. | Temporary Dwellings | 3-2 |
| Section 6. | Accessory Buildings | 3-2 |
| Section 7. | Access Drives and Access | 3-3 |
| Section 8. | Sewage Treatment Provisions | 3-3 |
| Section 9. | Dumping and Disposal of Rubbish | 3-4 |
| Section 10. | Junk and/or Salvage Reclamation Yard | 3-4 |
| Section 11. | Environmental Hazard Abatement | 3-6 |
| Section 12. | Commercial Recreational Facilities, Indoor or Outdoor | 3-6 |
| Section 13. | Communication Towers | 3-7 |
| Section 14. | Adult Uses | 3-10 |
| Section 15. | Off-Street Loading and Unloading Requirements | 3-13 |
| Section 16. | Off-Street Parking Requirements | 3-13 |
| Section 17. | Advertising Devices | 3-14 |
| Section 18. | Additional Requirements, Exceptions, and Modifications | 3-16 |
| ARTICLE 4 | BLUFFLAND AREA PROTECTION | 4-1 |
| Section 1. | Intent and Purpose | 4-1 |
| Section 2. | Scope | 4-1 |
| Section 3. | General Regulations | 4-1 |
| ARTICLE 5 | CONFINED FEEDLOT REGULATIONS | 5-1 |
| Section 1. | Intent | 5-1 |
| Section 2. | Adoption by Reference of State Regulations | 5-1 |

| | | |
|---|---|---|
| Section 3. | Exempt From Regulation | 5-1 |
| Section 4. | Application Procedure | 5-1 |
| Section 5. | Required Setbacks for New Feedlots | 5-2 |
| Section 6. | Required Setbacks for New Residences from Existing Feedlots | 5-2 |
| ARTICLE 6 | EXCAVATION OF MINERAL MATERIALS | 6-1 |
| Section 1. | Purpose | 6-1 |
| Section 2. | Definition | 6-1 |
| Section 3. | Permit Required | 6-1 |
| Section 4. | Application | 6-2 |
| Section 5. | Performance Standards | 6-2 |
| Section 6. | Reclamation | 6-4 |
| Section 7. | Financial Guarantees, Fees & Inspections | 6-5 |
| ARTICLE 7 | ESSENTIAL SERVICES | 7-1 |
| Section 1. | Purpose and Intent | 7-1 |
| Section 2. | Scope of Regulations | 7-1 |
| Section 3. | Exempt From Regulations | 7-1 |
| Section 4. | Essential Service Facilities Procedure | 7-1 |
| ARTICLE 8 | ZONING DISTRICTS AND DISTRICT PROVISIONS | 8-1 |
| Section 1. | Zoning Districts | 8-1 |
| Section 2. | Zoning Map | 8-1 |
| Section 3. | District Boundaries | 8-1 |
| Section 4. | Zoning Boundary Interpretation | 8-1 |
| Section 5. | Permitted Uses | 8-2 |
| Section 6. | Uses Not Provided for in Zoning District | 8-2 |
| ARTICLE 9 | A-1, AGRICULTURAL PROTECTION DISTRICT | 9-1 |
| Section 1. | Purpose | 9-1 |
| Section 2. | Permitted Uses | 9-1 |
| Section 3. | Conditional Uses | 9-2 |
| Section 4. | General District Regulations | 9-4 |
| Section 5. | Farm Density Entitlements | 9-7 |
| Section 6. | Conditional Use – 2 or more Residential Lots | 9-7 |
| Section 7. | Non-conforming Residences | 9-8 |

| | | |
|---|---|---|
| ARTICLE 10 A-2, AGRICULTURE/URBAN FRINGE DISTRICT | | 10-1 |
| Section 1. | Purpose | 10-1 |
| Section 2. | Permitted Uses | 10-1 |
| Section 3. | Conditional Uses | 10-2 |
| Section 4. | General District Regulations | 10-4 |
| Section 5. | Orderly Redevelopment | 10-7 |
| Section 6. | Farm Density Entitlements | 10-7 |
| Section 7. | Conditional Use – Cluster Developments | 10-8 |
| Section 8. | Joint Review By Affected Public Entities | 10-9 |
| Section 9. | Non-conforming Residences | 10-9 |
| ARTICLE 11 A-3, AGRICULTURE/LOW-DENSITY DISTRICT | | 11-1 |
| Section 1. | Purpose | 11-1 |
| Section 2. | Permitted Uses | 11-1 |
| Section 3. | Conditional Uses | 11-2 |
| Section 4. | General District Regulations | 11-3 |
| Section 5. | Minimum Criteria And Findings For Rezoning Land To A-3 | 11-6 |
| Section 6. | Farm Density Entitlements | 11-7 |
| Section 7. | Conditional Use - Cluster Developments | 11-8 |
| Section 8. | Non-conforming Residences | 11-9 |
| ARTICLE 12 R-1, RURAL RESIDENTIAL | | 12-1 |
| Section 1. | Purpose | 12-1 |
| Section 2. | Permitted Uses | 12-1 |
| Section 3. | Conditional Uses | 12-1 |
| Section 4. | Minimum Criteria And Findings For Rezoning Land To R-1 | 12-2 |
| Section 5. | General District Regulations | 12-3 |
| Section 6. | Non-Conforming Residences | 12-4 |
| ARTICLE 13 SHORELAND REGULATIONS | | 13-1 |
| Section 1. | Purpose | 13-1 |
| Section 2. | Statutory Authorization | 13-1 |
| Section 3. | Policy | 13-1 |
| Section 4. | Definitions | 13-1 |
| Section 5. | Shoreland Districts | 13-3 |
| Section 6. | District Applications | 13-3 |
| Section 7. | Shoreland and Classification System and Land Use Districts | 13-3 |
| Section 8. | Zoning Provisions | 13-5 |
| Section 9. | Shoreland Alterations | 13-11 |
| Section 10. | Other Provisions for Various Uses | 13-15 |
| Section 11. | Conditional Uses | 13-17 |
| Section 13. | Variances | 13-17 |
| Section 13. | Nonconformities | 13-18 |

| | | |
|---|---|---|
| Section 14. | Water Supply and Sewage Treatment | 13-19 |
| Section 15. | Subdivision/Platting Provisions | 13-20 |
| Section 16. | Planned Unit Developments (PUDs) | 13-21 |
| Section 17. | Notification to the Department of Natural Resources | 13-27 |
| ARTICLE 14 | FLOODPLAIN MANAGEMENT REGULATIONS | 14-1 |
| Section 1. | Statutory Authorization, Findings of Fact and Purpose | 14-1 |
| Section 2. | General Provisions | 14-1 |
| Section 3. | Establishment of Zoning District | 14-2 |
| Section 4. | Floodway Area (FW) | 14-3 |
| Section 5. | Flood Fringe Area (FF) | 14-6 |
| Section 6. | General Floodplain Area | 14-10 |
| Section 7. | West Newton Special Use District | 14-12 |
| Section 8. | Subdivisions | 14-13 |
| Section 9. | Public Utilities, Railroads, Roads and Bridges | 14-13 |
| Section 10. | Manufactured Homes, Manufactured Home Parks and Placement of Travel Trailers and Travel Vehicles | 14-14 |
| Section 11. | Administration | 14-16 |
| Section 12. | Amendments | 14-18 |
| ARTICLE 15 | RIGHT TO FARM | 15-1 |
| Section 1. | Intent and Purpose | 15-1 |
| Section 2. | Definitions | 15-1 |
| Section 3. | Agricultural Operation Not a Nuisance | 15-2 |
| ARTICLE 16 | FUNCTIONS OF THE ZONING ADMINISTRATOR, PLANNING COMMISSION, AND BOARD OF ADJUSTMENT | 16-1 |
| Section 1. | Enforcement | 16-1 |
| Section 2. | Duties & Powers of the Office of Zoning Administrator | 16-1 |
| Section 3. | Permit Required | 16-1 |
| Section 4. | Planning Commission | 16-3 |
| Section 5. | Board of Adjustment | 16-4 |
| ARTICLE 17 | ZONING AMENDMENTS/REZONINGS | 17-1 |
| Section 1. | Zoning Amendments | 17-1 |
| Section 2. | Application | 17-1 |
| Section 3. | Procedure | 17-2 |
| Section 4. | Action and Authorization | 17-3 |
| Section 6. | Recording | 17-3 |
| Section 7. | Effective Date | 17-3 |
| ARTICLE 18 | CONDITIONAL USES | 18-1 |
| Section 1. | Conditional Uses | 18-1 |

| | | |
|---|---|---|
| Section 2. | Application | 18-1 |
| Section 3. | Notification and Public Hearing | 18-1 |
| Section 4. | Approval, Disapproval or Modification | 18-2 |
| Section 5.F | indings | 18-2 |
| Section 6. | Conditional Use Permits Within Floodplains and Shoreland Areas | 18-3 |
| Section 7. | Compliance | 18-6 |
| Section 8. | Review | 18-6 |
| Section 9. | Revocation | 18-6 |
| Section 10. | Discontinuance | 18-7 |
| Section 11. | Recording | 18-7 |
| ARTICLE 19 | VARIANCES | 19-1 |
| Section 1. | Variances | 19-1 |
| Section 2. | Procedure | 19-1 |
| Section 3. | Findings | 19-2 |
| Section 4. | Variances Within Shoreland and Floodplain Districts | 19-3 |
| Section 5. | Recording | 19-3 |
| ARTICLE 20 | NON-CONFORMING USES | 20-1 |
| Section 1. | Non-Conforming Buildings and Uses | 20-1 |
| Section 2. | Floodplain Structural Alterations | 20-2 |
| Section 3. | Nonconforming Sewage Treatment Systems | 20-2 |
| ARTICLE 21 | VIOLATIONS AND PENALTIES | 21-1 |
| Section 1. | Criminal Violations and Penalties | 21-1 |
| Section 2. | Relief From Personal Responsibility | 21-1 |
| Section 3. | Violations in a Floodplain District | 21-1 |
| ARTICLE 22 | FEES | 22-1 |
| Section 1. | Required Fees | 22-1 |
| Section 2. | Exemptions | 22-1 |
| ARTICLE 23 | VALIDITY | 23-1 |
| Section 1. | Validity | 23-1 |
| Section 2. | Adoption | 23-1 |
| Section 3. | Repeal of Previous Ordinance | 23-1 |
| Section 4 | Date of Effect | 23-1 |

2. *PUDs shall be designed and constructed to effectively manage reasonably expected quantities and qualities of stormwater runoff. Impervious surface coverage within any tier shall not exceed 25 percent of the tier area, except that for commercial PUDs 35 percent impervious surface coverage may be allowed in the first tier of general development lakes with an approved stormwater management plan and consistency with Section 9 of this Article.*

F. *Centralization and Design of Facilities. Centralization and design of facilities and structures shall be done according to the following standards:*

1. *Planned unit developments shall be connected to publicly owned water supply and sewer systems, if available. On-site water supply and sewage treatment systems shall be centralized and designed and installed to meet or exceed applicable standards or rules of the Minnesota Department of Health and Sections 8 and 14 of this Article. On-site sewage treatment systems shall be located on the most suitable areas of the development, and sufficient law area free of limiting factors shall be provided for a replacement soil treatment system for each sewage system;*

2. *Dwelling units or sites shall be clustered into one or more groups and located on suitable areas of the development. They shall be designed and located to meet or exceed the following dimensional standards for the relevant shoreland classification; setback from the ordinary high water level, elevation above the surface water features, and maximum height. Setbacks from the ordinary high water level shall be increased in accordance with Section 16 Subd. 4 of this Article for developments with density increases.*

## *SECTION 17. NOTIFICATION TO THE DEPARTMENT OF NATURAL RESOURCES*

*Subd. 1.* *Copies of all notices of any public hearings to consider variances, amendments, or conditional uses resulting from controls of Articles 18, 19, 20, and 21 shall be sent to the Commissioner or the Commissioner's designated representative and postmarked at least ten (10) days before the hearings. Notices of hearings to consider proposed subdivisions/plans shall include copies of the subdivision/plat.*

*Subd. 2.* *A copy of approved amendments and subdivisions/plats, and final decisions granting variances or conditional uses under this Shoreland Article shall be sent to the Commissioner or the Commissioner's designated representative and postmarked within ten (10) days of final action.*