David
COPY

WABASHA COUNTY
ZONING ADMINISTRATOR
COURTHOUSE - 625 JEFFERSON AVENUE
WABASHA, MN 55981
Judy Krueger - (612) 565-3242

September 24, 1996

Lawrence Matteson
L.W. Matteson, Inc.
#1 South Point
Burlington, Ia 52601

Re: Parcel #05-00090-03
52.50 Acres
Section 12, Greenfield Twp.
Wabasha County, MN

Dear Mr. Matteson:

As a follow-up of our recent conversation enclosed please find an application for a Land Use/Land Alteration Permit. This is a necessary permit whenever there is activity within the Wabasha County Shoreland District.

Shoreland means land located within 1,000 feet of the ordinary high water level of a lake, pond or flowage. The area in question is designated as U.S. Lock & Dam #4 Pool, General Development Lake.

I am also enclosing copies of several sections of our Wabasha County Shoreland Management Ordinance that apply to this area.

If you have any questions please contact me.

Sincerely,

Judy Krueger
Judy Krueger
Zoning Administrator

encl.

WED - THURS

~~Copy~~ Example

PL. APP. 0243

MATTESON SR
EXHIBIT
7/25/02 49 um

APPLICATION FOR A LAND USE/LAND ALTERATION PERMIT

SHORELAND MANAGEMENT DISTRICT

TWP. NAME____________

DATE RECEIVED BY
WABASHA COUNTY____________

FEE: $60.00

Parcel #____________

Name____________

Address____________

____________

Phone Number to call to pick up permit____________(Can be mailed)

Legal Description of property____________

____________Twp. Section #________

Nearest County Road____________ Township Road____________

Grading/Filling______

Alterations: Riverbank/Wall______ Topographic______ Vegetation______

Comments____________

____________

You must attach: A free-hand sketch showing land dimensions, building locations and distances in relation to other buildings, lot lines, roads, road right-of-ways, ordinary high water levels of rivers, lakes, streams, septic & well locations plus neighboring septics & wells if located in a subdivision or a small acreage in a developed area. Set-backs apply. Designate North. Township approval may be needed in some areas. Variances & Conditional Use Permits may also be needed. The Dept. of Natural Resources may become involved on an active basis. If there is an existing sanitary system it must be approved by the Wabasha Co. Environmental Health Dept. (800-950-2142) before any type of permit can be issued by the Wabasha Co. Zoning Office (612-565-3242), Monday-Friday, 8:30-4:00 p.m. Wells must meet required distance from septic systems. A penalty can, and will be assessed, if activity is started prior to obtaining a building permit.

If this application is incomplete it will be returned to the Applicant

Signature____________ Date____________

TO BE COMPLETED BY WABASHA COUNTY ZONING OFFICE:

Approvals needed: City/Township No____ Yes____ Date Received____________
Septic System No____ Yes____ Date Received____________

Q So this was the first time Matteson had ever submitted a bid in which there was proposal of disposal sites?

A I believe so.

Q The fact that you were proposing disposal sites for the first time, did that cause you to have any sort of apprehension?

A Once we had the Corps come out and inspect the sites, yeah. I mean, you have apprehension every time -- I mean, any time you -- yes, it did.

Q What did you do to address your apprehension?

A We had the Corps of Engineers come out and inspect the sites along with various agencies that they brought with them. U.S. Fish & Wildlife, I believe was there. The Minnesota DNR was there. The typical agencies that are involved in a permit of this type.

Q Did you, after having these meetings with the Corps, did you perceive any risks associated with submitting a bid in which you were proposing disposal sites?

A At that time, we thought we had all our bases covered as far as the permitting process.

Q So could you describe the level of risk, if any, that you ascribed to the disposal sites that you were proposing?