# INDEX TO PLAINTIFF'S APPENDIX


| **Document** | **Pl. App. Pages** |
|---|---|
| Deposition of Daniel J. Krumholz (excerpts) | 0001-0059 |
| Deposition of Larry W. Matteson (excerpts) | 0060-0098 |
| Deposition of Lawrence W. Matteson (excerpts) | 0099-0127 |
| Deposition of Steve Tapp (excerpts) | 0128-0132 |
| Deposition of Melissa Gulan (excerpts) | 0133-0136 |
| Deposition of James C. Nordstrom (excerpts) | 0137-0226 |
| Deposition Exhibit 25 – April 27, 1998 memo from CEMVP to Grand Encampment Team re: Disposal Site Issue | 0227-0228 |
| Deposition Exhibit 73 – Affidavit of James C. Nordstrom | 0229-0232 |
| Deposition Exhibit 74 – June 15, 1983 letter from James C. Nordstrom to the Corps of Engineers re: Army Acting Without A Permit | 0233 |
| Deposition Exhibit 84 – August 19, 1987 letter from Peter Ekstrand to the Corps of Engineers re: Concerns and Complaints Regarding Army Dredging | 0234-0235 |
| Wabash County Zoning Ordinances | 0236-0242 |
| Deposition Exhibit 49 – September 24, 1996 letter from Wabasha County to L.W. Matteson re: Land Use Permit | 0243-0244 |
| Deposition of Larry W. Matteson (excerpt) | 0245 |