IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - - - - - - - -

L.W. MATTESON, INC.,

Plaintiff,

vs. Case No. 01-542C

UNITED STATES ARMY CORPS OF ENGINEERS,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF: **STEVE TAPP**

DATE: July 23, 2002

PLACE: Army Corps of Engineers Centre
190 Fifth Street East
St. Paul, MN

TIME: 9:00 a.m.

COPY

Teresa M. Schafer
Registered Merit Reporter
LOGAN AND STYRBICKI COURT REPORTERS
300 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
(651) 291-1095 FAX (651) 297-6884

regarding whether the designation of these sites would be done by most likely by mechanical or by hydraulic removal?

A. We didn't specify whether it was either hydraulic or mechanical in those.

Q. My question wasn't addressed to what you specified in the document, I'm talking now in a time frame when you're going through the planning stage of identifying disposal sites, do you understand that?

A. Yes.

Q. Okay. And my question was whether you had any discussion during that time period regarding whether designating these disposal sites would most likely result in mechanical removal of the material?

A. I think for most of these sites we probably did have a discussion on that they were likely to be used mechanically, but could be used hydraulic.

Q. Why were these sites likely to be used mechanically?

A. It was basically based on the distance away from the site the excavation sites.

Q. What was the distance from the site?

A. I don't recall specifically on all these.

Q. And what consideration did you give to that, I mean what discussion did you have regarding the

A. As a result of the follow-up we just indicated that that was, you know, to Matteson that it was a preliminary investigation for the cultural resources and that's what all that correspondence stated.

Q. If you would turn in your diary excerpts to the entry for October 9 about a third of the way down you see an entry there can you tell me when the contract on this project was awarded?

A. My notes indicate award was on 20 September of 96.

Q. What's the act that actually constitutes award?

A. I don't know.

Q. If you could turn back to the entry for September 18th, 1996, you see at the top of the page there's a reference to again Grand Encampment project?

A. Yes.

Q. And you've noted in your entry there that you spoke with Jim Nordstrom at the Wabasha County Attorney on that date?

A. Yes.

Q. Who initiated that conversation?

A. I was called by Mr. Nordstrom.

Q. Did he say what had prompted his call?

A. As the notes indicate there was some homeowners downstream of Wabasha that were concerned about the dredge material being placed in the area there.

Q. And did he give you any more details?

A. Nothing more than that, I mean, just that they were -- there was a concern from the landowners.

Q. Okay, what would -- and I can see what's written in your notes here but I'm trying to find out what else you can recollect of that conversation. Did he tell you specifically what the concerns were?

A. I don't recall.

Q. Did he say how he had found out about the project?

A. I don't recall whether he did or not.

Q. Did he tell you how many homeowners were concerned?

A. Not that I can remember.

Q. Did he indicate that the -- strike that.

Anything else that you can recall from his conversation with you?

A. Not other than what's in the notes.

Q. Go ahead and tell me what else you discussed with Mr. Nordstrom?

A. Do you want me to read the notes?

Q. You can read the notes or if you have any independent recollection you can give me your independent recollection.

A. As I said I don't recall anything other than what I've got in the notes here basically that there was concerned homeowners with placement of material in the vicinity there and I explained our contract and that it was -- hadn't been awarded yet but the low bidder wanted to use a site downstream of Teepeeota Point.

Q. And what property does that refer to?

A. I believe that was referring to the Saunderson site.

Q. And when you state in your notes that you explained our contract, what specifically about the contract did you explain?

A. I can't recall exactly what I explained to him.

Q. Was there anything about the contract that required explanation, you know, in the context of this conversation what was it that you anticipate you were explaining to?

A. Probably what I mentioned before to you just the scope of work, you know, that we were excavating material from the Grand Encampment site.