IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L.W. MATTESON, INC., Plaintiff, | ) | |
| v. | ) | No. 01-542C (Judge Lawrence J. Block) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 21 days, to and including November 14, 2003, within which to file and serve its reply to Plaintiff L.W. Matteson's Opposition to Defendant's Motion for Summary Judgment and to Plaintiff L.W. Matteson's Separate Statement of Proposed Findings of Uncontroverted Fact. Defendant's reply brief currently is due on October 24, 2003. This is defendant's first request for an enlargement of time for this purpose. We attempted to reach counsel for plaintiff, L.W. Matteson, Inc. ("Matteson"), by telephone, but have not been able to obtain Matteson's position regarding our request for an enlargement of time for this purpose.

We respectfully request an enlargement of time due to concurrent briefing deadlines facing defendant's counsel. Counsel must file an opening brief in Former Employees of Marathon Ashland Pipeline LLC v. Labor, No. 03-1556 (Fed. Cir.) on October 17, 2003, and the Government's brief in Folden v. United States, No. 03-5124 (Fed. Cir.), on November 4, 2003. In addition, counsel is actively engaged in remand proceedings in McDonnell Douglas Corp. v. United States, No. 91-1204C (Fed. Cl.), a large and complex multi-billion dollar contract dispute that is in its12th year of litigation. The Government anticipates filing a substantive brief in those

remand proceedings in mid-November. In addition, currently, our agency counsel in this matter has a similarly busy schedule and desires more time to review the contents of Matteson's filings and to assist the undersigned counsel of record in developing the contents of our reply brief.

We are mindful that our motion seeks an enlargement of time that is significantly greater than that contemplated by the Rules of this Court. However, we timely filed our motion for summary judgment in mid-July, and Matteson's counsel subsequently sought and obtained, with no objection by the Government, significant enlargements of time to file their opposition. Unfortunately, the current deadline for our reply brief, resulting from enlargements granted to Matteson, has occurred during an especially inopportune time for defendant's counsel.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Patricia M. McCarthy

PATRICIA M. McCARTHY
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307–0164
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

EDWIN C. BANKSTON
District Counsel
U.S. Army Corps of Engineers
Saint Paul, MN 55101

OCTOBER 17, 2003