# In the United States Court of Federal Claims

**No. 01-542 C**

**L.W. MATTESON, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed July 20, 2004, granting the government's motion for summary judgment against all counts in Matteson's First Amended Complaint,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**July 21, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.